UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

2019 AUG 12  PM 2: 26

GUYCHRISTIAN AGBOR

_____

_____

Write the full name of each plaintiff.

**19 CV 7532**

_____CV_____

(Include case number if one has been assigned)

-against-

PRESIDENCY OF THE REPUBLIC OF EQUATORIAL
GUINEA, TEODORO OBIANG NGUEMA MBASOGO,
DOUGAN CHAMPION ARMANDO

_____

_____

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☒ Yes    ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☑   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , __GUYCHRISTIAN AGBOR_____ , is a citizen of the State of
        (Plaintiff's name)

__NEW YORK_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                    (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, Presidency Republic of Equatorial _____, is incorporated under the laws of

the State of Equatorial Guinea _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) Republic of Equatorial Guinea _____

and has its principal place of business in Malabo Equatorial Guinea _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

## A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

GUYCHRISTIAN                                    AGBOR

First Name              Middle Initial          Last Name

231 W 148TH STREET # 5 L

Street Address
NEW YORK, NEW YORK          NEW YORK          10039

County, City                State            Zip Code

917-399-4688

Telephone Number                    Email Address (if available)

If the defendant is an individual:

The defendant, Teodoro Obiang Nguema Mbasogo , is a citizen of the State of
(Defendant's name)

Equatorial Guinea

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____ , is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

GUYCHRISTIAN                                      AGBOR

First Name                  Middle Initial        Last Name

231 W 148TH STREET # 5 L

Street Address
NEW YORK, NEW YORK               NEW YORK              10039

County, City                     State               Zip Code
917-399-4688

Telephone Number                     Email Address (if available)

If the defendant is an individual:

The defendant, DOUGAN CHAMPION ARMANDO , is a citizen of the State of
(Defendant's name)

Equatorial Guinea

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

.

If the defendant is a corporation:

The defendant, , is incorporated under the laws of

the State of

and has its principal place of business in the State of

or is incorporated under the laws of (foreign state)

and has its principal place of business in .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

GUYCHRISTIAN                                    AGBOR

First Name              Middle Initial      Last Name

231 W 148TH STREET # 5 L

Street Address

NEW YORK, NEW YORK              NEW YORK        10039

County, City                    State          Zip Code

917-399-4688

Telephone Number                Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

PRESIDENCY OF THE      REPUBLIC OF EQUATORIAL GUINEA
First Name                          Last Name

Current Job Title (or other identifying information)
800 2ND AVENUE SUITE 305
Current Work Address (or other address where defendant may be served)
NEW YORK NEW YORK        NY              10017
County, City                        State              Zip Code

Defendant 2:

TEODORO MBASOGO      OBIANG NGUEMA
First Name                          Last Name

PRESIDENT OF THE REPUBLIC
Current Job Title (or other identifying information)
800 2ND AVENUE SUITE 305
Current Work Address (or other address where defendant may be served)
NEW YORK NEW YORK        NY              10017
County, City                        State              Zip Code

Defendant 3:

ARMANDO              DOUGAN CHAMPION
First Name                          Last Name

MINISTER ADVISER TO THE PRESIDENT OF THE REPUBLIC
Current Job Title (or other identifying information)
800 2ND AVENUE SUITE 305
Current Work Address (or other address where defendant may be served)
NEW YORK NEW YORK        NY              10017
County, City                        State              Zip Code

Defendant 4:

First Name                    Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                         State                  Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  New York (NY), Houston (TX).

Date(s) of occurrence:  03/04/2013; 05/15/2013; 06/26/2013; 09/21/2013

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Plaintiff Pro se has served as Legal Adviser (locally hired as a staff and not a diplomat to help with compliance administrative tasks with the United States Department of States and various local governments for property registration, tax exemptions, parking tickets, insurance….) to the Permanent Mission of Equatorial Guinea to the United Nations in New York and Plaintiff also founded the Equatorial Guinea-North America Chamber of Commerce (EGNACC) in 2010 to help promote culture and commercial activities between Equatorial Guinea and Mexico, Canada and the USA and as such, Plaintiff was introduced to Mr. Obiang Nguema Mbasogo and Mr. Dougan Champion Armando, on or about 2010 for the first time at the Ritz Carlton Central Park, by Mr. Anatolio Ndong Mba (Permanent Representative and Ambassador of Equatorial Guinea to the UN in New York), from there, Plaintiff has met with both Mr. Obiang Nguema Mbasogo and Dougan Champion several times in New York and Houston (USA), in Malabo (political capital of the Republic of Equatorial Guinea), in Bata (economic capital of Equatorial Guinea) and Mongomo (native village of Mr. Obiang Nguema Mbasogo). Therefore, Plaintiff became a good friend to Mr. Dougan Champion Armando, and both [Plaintiff and Dougan] have visited each other residence several times during four (4) years. Mr. Obiang asked Plaintiff to convince American banks and insurance companies to come invest in Equatorial Guinea. Plaintiff had meetings with Mr. Obiang concerning prospective investments to Equatorial Guinea by Canadian companies too. It was in this context that Mr. Obiang Nguema Mbasogo asked Plaintiff to help elevate the country's profile from the bad press on human rights and corruption and a discussion about Miss Universe pageant came up and Mr. Obiang liked the idea because it had the unique goal of

Defendant 4:

_____
First Name                    Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                  State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____


Date(s) of occurrence: _____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

providing for more media coverage than any public relations campaign for three weeks non-stop by the now former organization of Mr. Donald J. Trump. On or about June 2, 2012, Mr. Obiang Nguema Mbasogo, while in Houston, Texas, personally requested that Plaintiff negotiates and convinces Miss Universe Organization to hold the 2013 Miss Universe Pageant in Equatorial Guinea and it was followed by another meeting with Plaintiff in September 2012 in New York. In exchange for Plaintiff's services, Mr. Obiang Nguema proposed to pay the Plaintiff a fee of $275,000.00 upon its receipt of a Letter of Intent or Conditional Offer/Acceptance Letter from Miss Universe Organization. Plaintiff accepted to provide the service in March 2013 after several negotiations with Mr. Dougan Champion on Mr. Obiang's instructions. So around March 11, 2013, Plaitiff met with the excutives (Mrs. Paula Stuart, CEO & Mr. Larry Parra CFO) of Miss  Miss Universe in the presence of Mr. Anatolio Ndong Mba, Ambassador in New York representing Mr. Obiang, and after several meetings at the St. Regis Hotel in New York and many follow ups, on or about March 24, 2013, the Miss Universe Organization agreed to hold the 2013 Miss Universe Pageant in Malabo, Equatorial Guinea, subject to two conditions precedents: (1) host country pays full fees in the amount of $14 million dollars; and (2) host country has the necessary infrastructure to host the event. Plaintiff delivered the non-binding Letter of Intent or Conditional Offer/Acceptance to President Obiang Nguema Mbasogo. On or about May 15, 2013, President Obiang Nguema Mbasogo requested clarification regarding the fee to be paid under the proposed agreement. As per Mr. Obiang's request and instructions through Mr. Anatolio Ndong Mba a Letter of Clarification was delivered by the Miss Universe to Plaintiff.

Defendant 4: _____

First Name        Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City        State        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

In May 2013, Plaintiff negotiated and obtained a letter of invitation to from the Miss Universe Organization, inviting the First Lady of Equatorial Guinea, Mrs. Constancia Mangue de Obiang, to attend the Miss USA pageant 2013 in Las Vegas (Nevada) on June 16, 2013; Mrs. Obiang accepted and was scheduled to there when she instead asked the Minister of Tourism of Equatorial Guinea to represent her at the pageant in Las Vegas. On June 16, 2013, The Minister of Tourism Ms. Guillermina Mekuy attended Miss USA pageant with her delegation from Equatorial Guinea, Plaintiff coordinated her arrival and meeting with Miss Universe executives while she was in the US.

On about June 1, 2013, Mr. Dougan Champion Armondo, Advisor to President Obiang Nguema Mbasogo, requested Plaintiff to purchase cellphones for his office at the Presidency of Malabo Equatorial Guinea. Plaintiff shipped ten (10) Galaxy S5 phones to Mr. Dougan via DHL on June 04 2013 (See DHL Bill of Lading) at the Presidency of the Republic of Equatorial Guinea in Malabo. On June 26, 2013, Plaintiff gave Mr. Dougan Champion Armondo twenty (20) additional cellphones. Further, Mr. Dougan Champion Armondo signed a sales agreement in New York on June 26, 2013 for the 30 cellphones. After several unsuccessful attempts to recover the payments under both contracts, Plaintiff flew to Equatorial Guinea in June 04/05 2014 to meet Defendants and get paid. Plaintiff was arrested at the Presidency upon a request to meet with the President for the payment of his two contracts, instead, Mr. Dougan Armando Champion ordered to the presidential security to lock Plaintiff in an office-cell for two days without food and water.

Page 5

Before releasing me, one of the presidential guards told Plaintiff not to ever try to come to Equatorial Guinea again and that if Plaintiff tries he will disappear at the Black Beach Prison, and Plaintiff was asked to acknowledge that he understood the warning, Plaintiff did, then Plaintiff was transported in a Toyota Land Cruiser of the Presidency with 5 soldiers armed directly to the Malabo international airport, Plaintiff was forcibly put on a KRONOS (airlines owned by Mr. Obiang Nguema Mbasogo) Plane to Douala (Cameroon), Plaintiff's country of origin. Plaintiff was traumatized by this whole incident but still wanted to believe that Mr. Obiang has not given the order to mistreat and threaten him that way. So Plaintiff kept looking for ways to inform Mr. Obiang to no avail. These two contracts are intertwined and are purely commercial activities carried by Defendants in the United States, and they are entitled to the Foreign Sovereign Immunity Act, the oral service contract was not a finder fee but it was an at-will contract terminable any time by either parties and could be completed within a year and was completed within a year.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Psychological trauma and the depression that I have suffered and that I continued to suffer, I have used a combination of loans and credit cards to purchase the cell phones, and I have been sued and there are collection judgments against me, I have relied on Obiang promises to pay me that I planned paid off subsequent loans,  the incarceration at the presidency in Malabo was very traumatizing, and I was admitted at the hospital at one point for depression and seen my doctor who recommended some over the counter anti depressants.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

(1) $ 50,000.00 (price of the cellphones) + $ 150,000.00 (contractual late payment interests)= $ 200,000.00
(2) $ 275, 000.00 (fees for conducting the Miss Universe negotiations)
(3)  I am requesting $ 1,100,000.00 for consequential damages for all the egregious behavior the defendants have subjected Plaintiff to in Malabo in 2014 when attempting to recover his moneys since 2013
(4) Total for both contracts: $475,000.00
(5) Consequential Damages: $ 1,100,000

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 08/11/2019 | | |
| --- | --- | --- |
| Dated | Plaintiff's Signature | |
| GUYCHRISTIAN | | AGBOR |
| First Name | Middle Initial | Last Name |
| 231 W 148th Street # 5 L | | |
| Street Address | | |
| New York | NY | NEW YORK |
| County, City | State | Zip Code |
| 917-399-4688 | cagboresq@gmail.com | |
| Telephone Number | Email Address (if available) | |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☑ No

   If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

## LIST OF  EXHIBITS :

**A** –Certified translation of the  Letter of Intent or Conditional acceptance from the Miss Universe Organization and original copy.......................................................................**Pp 1-6**

**B**- Certified translation of the Letter of Clarification from the Miss Universe Organization and original.......................**Pp 7-10**

**C**- Certified translation of the Letter from the Permanent Mission of Equatorial Guinea to the United Nations accepting Miss Universe Invitation on behalf of Mrs. Constancia De Obiang, First Lady of the Republic of Equatorial Guinea to be replaced by Ms. Guillermina Mokuy Mba......................**Pp 11-13**

**D**-Copy of the Sales of Goods Agreement, Bill of Lading, invoice ..................................................................**Pp 14-17**

**E**-Various emails exchanged between Plaintiff, Miss Universe Executive and Equatorial Guinea Authorities...............**Pp 18-40**

**F-** Copy of Letter of invitation to the First Lady Constancia Mangue de Obiang to Miss USA Pageant in Las Vegas. **Pp 41-41**

**G-** Copy of Plaintiff e-ticket to Malabo Equatorial Guinea and an news article describing how business visitors get arrested in the same manner ......................................................**Pp  42-47**

# EXHIBIT A

| Company Logo |
| --- |

H.E. Obiang Nguema Mbasogo
President
Republic of Equatorial Guinea

April 24, 2013

Your Excellency,

Thank you for your interest in continuing the discussions related to the celebration of the Miss Universe 2013 in Equatorial Guinea. This letter is our recognition of the participation of Equatorial Guinea and is in order to provide the general conditions for the evaluation and the conclusion for an agreement to maintain the 2013 contest. The Miss Universe pageant is an event that covers approximately a period of three weeks at the location. The hosting country will be responsible for providing certain Goods and Services (G & S), as well as a Host Fee Site Cash. In exchange, the Miss Universe organization provides a global exhibition through various media, including television transmission to more than 180 countries. The G & S that always include but are not limited to: Venue of the shows, the facilities for the operations of the staff, accommodation in hotels for the staff, the contestants and the talent, roundtrip air tickets, local transport, security , the meals for the contestants and their immediate contact and in the survey and certain production costs. The host country has full financial obligation of the sites, both G & S and payment of the host site, is fourteen million USD (14,000,000) subject to an inspection of the site by Miss Universe staff. The

study will determine if the G & S is within the standards required by the Miss Universe contest and within the budget hypothesis.

If the site inspection produces a satisfactory evaluation and all parties agree to the general terms, we will send the Site Host Agreement, which will require full execution and a non-refundable initial payment of four million dollars ($4.000,000). A Letter of Credit (LOC) must be issued for the balance through an internationally recognized financial institution, which must be approved by our bank, JPMorgan Chase. The LOC must be provided at the signing of the Site Host Agreement. The remaining payments will be in installments with the final payment no later than August 31, 2013. The contest is scheduled for December 2013. This letter shall in no way constitute a prohibition or a bar against any negotiation that Miss Universe may presently be contemplating or the Miss Universe to be celebrated in the future, in understanding and agreement in which universe is free, in its absolute discretion, to enter in express form, host agreements of any country or territory. We will welcome your comments about this project with interest and continue with an initial study of the site. Please, do not hesitate to call us with any question you may have. Respectfully

Regards

Illegible Signature

Lawrence Para

Vice President Finance & Chief Financial Officer

The Miss Universe Organization

Cc: H.E. Mr. Anatolio Ndong Mba, Ambassador of the Republic of Equatorial

Guinea to the United Nations.


H.E. Mr. Obiang Nguema Mbasogo

President

Republic of Equatorial Guinea

## CERTIFICATE OF TRANSLATION

I, *Grace Lynch*, am competent to translate from the Spanish

Language into the English Language, and from the English language to the Spanish

Language as well and certify that the translation of this Spanish document into English is

true and accurate to the best of my knowledge and abilities.

*[signature]*

Signature of Translator

Address of Translator

*231 W. 148th St., Apt. 1A, New York, NY 10039*

Telephone Number of Translator

*917-603-2885*

Name of Translator

*Grace Lynch*

**4**



T R U M P   NBCUniversal

H.E. Obiang Nguema Mbasogo
Presidente
República de Guinea Ecuatorial

24 de Abril 2013

Su Excelencia:

Gracias por su interés en proseguir las discusiones relacionadas con la celebración de la Miss Universo 2013 en Guinea Ecuatorial. Esta carta es nuestro reconocimiento de la participación de Guinea Ecuatorial y es con el fin de proporcionar las condiciones generales para la evaluación y la búsqueda de un acuerdo para mantener el concurso de 2013.

El concurso de Miss Universo es un evento que abarca aproximadamente un período de tres semanas en el lugar. El país hospedante se encargará de proporcionar ciertos Bienes y Servicios (G & S), así como un anfitrión Fee Sitio Cash. A cambio, la Organización Miss Universo proporciona una exposición global a través de diversos medios, incluyendo transmisión por televisión a más de 180 países. El G & S que siempre incluyen pero no se limitan a: sede de los espectáculos, las instalaciones para las operaciones del personal, alojamiento en hoteles para el personal, los concursantes y el talento, boletos de avión ida y vuelta, transporte local, la seguridad, las comidas para los concursantes y su personal inmediato, y en la encuesta y determinados costes de producción. El país anfitrión tiene la obligación financiera total del sitio, tanto G & S y el pago del sitio de acogida, es de catorce millones de USD ($ 14.000.000) sujetos a una inspección del lugar por personal de Miss Universo. El estudio determinará si el G & S está dentro de los estándares exigidos por el concurso de Miss Universo y dentro de las hipótesis presupuestarias.

Si la inspección del lugar produce una evaluación satisfactoria y todas las partes están de acuerdo a los términos generales, enviaremos el Acuerdo Site Host, lo que requerirá la plena ejecución y un pago inicial no reembolsable de cuatro millones de dólares ($ 4,000,000). Una carta de crédito (LOC) debe ser emitido por el saldo a través de una institución financiera reconocida internacionalmente, que debe ser aprobado por nuestro banco, JPMorgan Chase. El LOC debe ser proporcionado a la firma del Acuerdo Site Host. Los pagos restantes serán a plazos con el pago final a más tardar el 31 de agosto de 2013. El certamen está prevista para diciembre de 2013.

Esta carta deberá de ninguna manera constituir una prohibición o una barra contra cualquier negociación que Miss Universo actualmente puede ser la celebración o el Miss Universo que se celebrará en el futuro, en el entendimiento y acuerdo en que universo es libre, a su absoluta discreción, para entrar en forma expresa convenios de acogida de cualquier país o territorio.

Esperamos con interés sus comentarios sobre este proyecto y seguir adelante con un estudio inicial del sitio.

Por favor, no dude en llamarnos con cualquier pregunta que pueda tener.

Respetuosamente,

Larry Parra
Vice President, Finance & Chief Financial Officer
La Organización Miss Universo

cc: H.E. Sr. Anatolio Ndong Mba, Embajador de la República de Guinea ante las Naciones Unidas

H.E. Mr. Obiang Nguema Mbasogo
President
República de Guinea Equatorial

6

# EXHIBIT B

| Company Logo |
| --- |

H.E. Obiang Nguema Mbasogo
President
Republic of Equatorial Guinea

May 15, 2013

Your Excellency,

Thanks for your interest and for the request to host the Miss Universe contest in Equatorial Guinea, the payment of $ 14 million is required. This payment would be full and total financial responsibility of the host country. This payment includes the Site Fee and the goods and services that are necessary for the event. There will be no additional financial obligation. However, this supposed

a) That the Host country has the necessary infrastructure, venue and accommodations that meet our requirements and that the goods and services for which the Miss Universe Organization is responsible are offered at favorable rate and,

b) the Host non-financial obligations are provided by the host, where the non - performance of these services would result in the Miss Universe organization incur additional and unforeseen costs, such as the provision of exemptions, if any, of equipment import fees, duties, visa requirements, etc.

The actual host agreement will provide all the full details on the responsibilities and the required goods and services.

If you have any questions please do not hesitate to contact me. Finally, please bear in mind that the survey should be done as soon as possible, as well as the deposit of $ 4 million by 08 2013 because we have an extensive list of countries that want to host this eve.

Regards

Illegible Signature

Lawrence Para

Vice President Finance & Chief Financial Officer



MISS✦UNIVERSE
ORGANIZATION

A Donald J. Trump & NBCUniversal Partnership | TRUMP NBCUniversal

H. E. Obiang Nguema Mbasogo
President of the Republic of Equatorial Guinea
Malabo, Equatorial Guinea

May 15, 2013

Su Excelencia:

Para la solicitud de celebrar el concurso de Miss Universo en Guinea Ecuatorial, se
requiere el pago de $14 milliones. Este pago sería responsabilidad financiera plena y total
del país anfitrión. Este pago incluye la Tarifa de Sitio y de los bienes y servicios, que
sean necesarios para el evento. No habría ninguna obligación financiera adicional. Sin
embargo, esto supone
a) que el modelo tiene la infraestructura necesaria, el lugar y alojamientos que cumplen
nuestros requisitos y que los bienes y servicios para los que la Organización Miss
Universo es responsable se ofrecen a precios favorables y,

b) las obligaciones no financieras de acogida son proporcionados por el anfitrión, en el
incumplimiento de estos servicios daría lugar a la Organización Miss Universo incurrir en
costos adicionales e imprevistos, como el suministro de exenciones, en su caso, de los
honorarios de importación de equipos, derechos, requisitos de visado, etc

El Acuerdo de Sede actual proporcionará todos los detalles acerca de las
responsabilidades y de los bienes y servicios requeridos.

Si usted tiene alguna pregunta por favor no dude en ponerse en contacto conmigo.
Finalemente, Por favor, tenga en cuenta que la encuesta debe hacerse tan pronto como sea
posible, así como el depósito de los $ 4 millones por el 08 2013 porque tenemos una
extensa lista de países que quieren ser sede de este eve

Saludos

Lawrence Parra
Vice President Finance & Chief Financial Officer

## CERTIFICATE OF TRANSLATION

I, *Grace Lynch*, am competent to translate from the Spanish

Language into the English Language, and from the English language to the Spanish

Language as well and certify that the translation of this Spanish document into English is

true and accurate to the best of my knowledge and abilities.

*Grace Lynch*

Signature of Translator

Address of Translator

*231 W. 148th St., Apt. 1H, NY, NY 10039*

Telephone Number of Translator

*917-603-2885*

Name of Translator

*Grace Lynch*

**10**

# EXHIBIT C

**Official Seal**
Permanent Mission of The
Republic of Equatorial Guinea
To the United Nations
800 Second Avenue
New York NY 10022

New York May 24th 2013

Mrs. Paula M. Shugart
President
Miss Universe Organization

Mrs. Paula M. Shugart

Honorable Mrs. President,

I am please to write in relation to your letter dated May 15 today, which led to the **Hon. Ms. Constancia Mangue de Obiang,** First Lady of the Republic of Equatorial Guinea, inviting her to participate in the Miss USA 2013 of the Republic of Equatorial Guinea, Inviting her to participate in the Miss USA event to take place in Las Vegas, on Sunday 16th June. In this regard I want to express the satisfaction of the First Lady's Office for the invitation. However, by scheduling problem has been forced to delegate to the **Hon. Ms. Guillermina Mokuy Mba,** Minister delegate for Culture, present at this important event, who will be accompanied by the following people:

-**Mr. Pelagio Mangue Mbomio**, Director of Libraries and Museums
-**Mrs. Okomo Sonia Ondo**, Chief of Staff of the Minister Delegate
-**Mrs. Abeso Clotide Abere**, Secretary of Cabinet of the Minister Delegate
-**Mrs. Boko Matapa** Miraculous Conception, Cameraman

Please accept, Madam President, my sincere consideration

**Juan Mbomio Ndong Mangue**
First Secretary Charge d'Affaires a.i
Permanent Mission of the Republic of Equatorial Guinea to the United Nations



Misión Permanente de la República de
Guinea Ecuatorial ante las Naciones Unidas
*800 Second Avenue.*
*New York, N.Y. 10022*
*Tel: (212) 223 2324   Fax: (212) 223 2366*

**Num: 014/13/I.A.S**

Nueva York, a 24 de mayo de 2013

**Sra. Paula M. Shugart**
Presidenta de la Organizacion de Miss Universo

Honorable Señora Presidenta,

Me complace escribirla en relación a su carta de fecha 15 de mayo actual, que dirigió a la Excma. Sra. **Constancia Mangue de Obiang**, Primera Dama de la Republica de Guinea Ecuatorial, invitándola a participar en el acto Miss Estados Unidos 2013, a tener lugar en Las Vegas; el domingo 16 de junio próximo. Al respecto, quiero expresarla la satisfacción de la Primera Dama de la Nación por la invitación; no obstante, por problema de agenda se ha visto obligada a delegar a la **Excma. Sra Guillermina Mba Mokuy**, Ministra Delegada de Cultura, presentarla en este importantísimo acto, quien estará acompañada por las siguientes personas:

-**Ilmo. Sr. Pelagio Mangue Mbomio**, Director General de Bibliotecas y Museos
-**Sra. Sonia Okomo Ondo**, Jefa de Gabinete de la Ministra Delegada
-**Sra. Clotidle Abeso Abere**, Secretaria de Gabinete de la Ministra Delegada
-~~**Sra. Milagrosa Conception Matapa Boko**, Camarografa~~

Ruego acepte señora Presidenta, mi sincera y distinguida consideración.

**MBOMIO NDONG MANGUE**
Primer Secretario-Encargado de Negocios. a.i
De la Misión Permanente de la Republica de Guinea Ecuatorial ante las Naciones
Unidas

12

## CERTIFICATE OF TRANSLATION

I, *Grace Lynch* , am competent to translate from the Spanish

Language into the English Language, and from the English language to the Spanish

Language as well and certify that the translation of this Spanish document into English is

true and accurate to the best of my knowledge and abilities.

*Grace Lynch*

Signature of Translator

Address of Translator

*231 W. 148th St., Apt. 1H, New York, NY 10039*

Telephone Number of Translator

*917-603-2885*

Name of Translator

*Grace Lynch*

13

# EXHIBIT D

# Sale of Goods Agreement

This contract for the sale of goods is entered into as of **06/26/2013** , by and between GUYCHRISTIAN AGBOR, NEW YORK NY  (the "Seller"), and ARMANDO DOUGAN CHAMPION/ PRESIDENCY OF THE REPUBLIC OF EQUATORIAL GUINEA / REPUBLIC OF EQUATORIAL GUINEA  (the "Buyer").

The parties agree as follows:

1. **Sale of Goods:** Pursuant to the terms and conditions of this Agreement, the Seller agrees to transfer ownership and deliver possession to the Buyer, and the Buyer shall pay for and accept from the Seller, the "Goods" listed at such prices as agreed by the Parties in this Agreement.
    1.1. Description of Goods Sold: The Buyer is purchasing NEW 15 CELLPHONES (IPHONE 5 ) 15 GALAXY S 5  from the Seller.

2. **Purchase Price:** As consideration for the sale of the goods, on 06/26/2013, the Buyer shall pay to the Seller the purchase price of **$ 50,000.00** (the "**Purchase Price**").

3. **Payment Terms**: Unless otherwise stated, payment for the Goods is due within 60 DAYS of the date of the Seller's invoice. The Buyer shall pay a late fee 50%  PER ANNUM of late fee

4. **Seller's Representations:** The Seller hereby represents and warrants to the Buyer as follows:
    4.1. The Seller has full right, power, and authority to sell the Goods.
    4.2. The Good will be sold as described and this sale is made "AS IS."

5. **Delivery of Goods/Shipping:** The Seller shall deliver the goods per the terms listed below:
    5.1. Date of Delivery: The Goods shall be delivered to the Buyer on 06/26/2013 .
    5.2. Location of Delivery: The Seller shall deliver the Goods to the location specified by the Buyer here:  MALABO /DHL/ PRESIDENCY
    5.3. Delivery Notice:. The Seller will notify the Buyer of any delays that may affect the expected delivery date.
    5.4. Risk of Loss: The Seller assumes responsibility for the Goods, and all risk of damage, loss, or delay of the Goods, until the Goods are delivered to or collected by the Buyer. Once the Goods have been delivered to or collected by the Buyer, the Buyer assumes all responsibility for and risk of damage to such Goods.

6. **Refund and Cancellation Policy:**
    6.1. No Refunds:

14

6.2.   . The Buyer will be assumed to have accepted the Goods unconditionally unless a claim that a Good is defective is made within number of days buyer has to inspect delivered goods days from the date of delivery.

7.   <u>Force Majeure:</u> The Seller and the Buyer shall not be considered in default hereunder or be liable for any failure to perform or delay in performing any provisions of this Agreement in the customary manner to the extent that such failure or delay is caused by any reason beyond its control, including any act of God. The Party whose performance has been interrupted by such circumstances shall use every reasonable means to resume full performance of this Agreement as promptly as possible.

8.   <u>Representations & Applicable Law:</u>
  8.1.   <u>Authority to Sign:</u> Each party promises to the other party that it has the authority to enter into this Contract and to perform all of its obligations under this Contract.

  8.2.   <u>This Contract is Subject to New York Law in New York Court, the choice of law is New York</u>

9. <u>General:</u>
  9.1. <u>Modification(s):</u> To change anything in this Contract, the Client and the Business must agree to the change in writing and sign a document showing their contract.

  9.2.   <u>Signatures:</u> The Client and the Business must sign the document either electronically or in hardcopy. If this document is signed in hard copy, it must be returned to the Business for valid record. Electronic signatures count as originals for all purposes.

10. <u>Term and Termination:</u> If one of the parties chooses to end the Agreement prior to product delivery, the Buyer is responsible for paying for all work and costs incurred up until that date.

The Parties hereto agree to the foregoing as evidenced by their signatures below.

Date 06/26/2013 _____     Date 06/26/2013 _____
         Seller's  signature                                      Buyer's signature

15

# GUYCHRISTIAN AGBOR

231 W 148th Street # 5 L

New York NY 10039

INVOICE   06-28-2015

| ARMANDO DOUGAN CHAMPION | BALANCE DUE |
|---|---|
| Advisor to the President of Republic of Guinea | Upon Receipt |
| Presidency of the Republic of Guinea | **$50,000.00** |
| Malabo Equatorial Guinea | |

Notes

50% Annual fees will be charged if the invoice is not paid.

Use this space for comments to your client

| | | | |
|---|---|---|---|
| Iphones 5 | 15 | 1700.00 | 25500.00 |
| Galaxy S 5 | 15 | 1650.00 | 24,500.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Subtotal | $50,000.00 |
| | | Tax - 0% | $0.00 |
| | | TOTAL | $50,000.00 |

16



— — — — — — — — — — Please fold or cut in half — — — — — — — — — —

## DO NOT PHOTOCOPY

Using a photocopy could delay the delivery of your package and will result in additional shipping charge
Printed waybills will be invoiced unless the shipment is voided.

**SENDER'S RECEIPT**
WAYBILL #:      91  3672  1241

To (Company)
Don Armando Dougan Champion
Consejero De La Presidencia
kidoski@yahoo.com

MALABO
Guinea-equatorial
Attention To:
Phone:            240 222266254

Sent By:          Guy Christian Agbor

Phone:            917-399-4688

Rate Estimate:    $355.57
Protection:       Asset Protection US 6000.00
Description:      10 Cell phone's indivisual boxes.

Customs Value:    6000.00 USD
Weight (lbs.):    9.0 lb

Ship Ref:

Special Svc:      Shipment Value Protection
                  Duties and Taxes Unpaid

Bill Shipment To: SENDER
Bill to Acct:

DHL Signature (optional)_____ Route_____ Date_____ Time_____
For Tracking, please go to www.dhl-usa.com or call 1-800-225-5345
Thank you for shipping with DHL.

17

# EXHIBIT E

**From:** **guy Christian Agbor** cagboresq@gmail.com
**Subject:** Re: Miss USA Pageant
**Date:** June 17, 2013 at 9:27 PM
**To:** Parra, Larry lparra@missuniverse.com

My friend Larry! You guys did an amazing job! I am happy that it went well and the rest is not important
I will chat with you tomorrow.
Good Night.

Guy Christian.

Sent from my iPhone

On Jun 17, 2013, at 19:13, "Parra, Larry" <lparra@missuniverse.com> wrote:

Hi Guy.
It appears the delegation was not satisfied with the seats
we gave them. We put them right in the center section in
the best row that was still available. With a straight on
view to the stage. We have many contractual
commitments to sponsors, to the Las Vegas host and the
Caesars properties, and had seats already allotted to
them. We did the best seats we could find.
Additionally I was told one of the delegates with a video
camera was angry that she couldn't bring in a video
camera. She apparently was very vocal with our
coordinator. As you no video recording is not allowed
during live performances in general at live shows in the
U.S. In any case it was explained to her.
We did find time for them to meet Paula during a very
busy time for her, while producing the show. That's not
something she usually does.
We tried to accommodate them as best as possible during
a very busy and hectic time. Please explain that to them.
Thanks,
Larry

<image003.png>Larry Parra | **Vice President, Finance & CFO** | Miss Universe Organization
1370 AVE. OF THE AMERICAS, 16th FL. | NEW YORK, NY 10019 | WWW.MISSUNIVERSE.COM
lparra@missuniverse.com | P 212.373.4876

From: **clotilde abeso abere** clotilde_abeso@hotmail.com
Subject: RE: Las Vegas
Date: June 15, 2013 at 12:53 PM
To: guy Christian Agbor cagboresq@gmail.com

Buenos días:

Ya estamos en las Vegas y estamos en el hotel Caesars Palace en la habitación 5919 porfavor ponte en contacto conmigo para el tema de las entradas y todo lo demas

Muchas gracias.

CC: anatolio_ndong_mba@yahoo.es
From: cagboresq@gmail.com
Subject: Re: Las Vegas
Date: Fri, 14 Jun 2013 07:21:49 -0400
To: clotilde_abeso@hotmail.com

Buenos días:
Lo siento, pero no he tenido el mensaje anterior. El Ministro y su deleguation serán tratados como VIP y voy a arreglar eso la señora Paula cumple con nuestro ministro cuando está en Vegas con seguridad.
Que tengas un día maravilloso.

Saludos

Sent from my iPhone

On Jun 13, 2013, at 22:59, clotilde abeso abere <clotilde_abeso@hotmail.com> wrote:

Buenas tardes:

Respecto a los boletos, como la Ministra va a representar a la primera Dama, el trato hacia ella debe ser diferente, con lo que quiero decir, que su boleto debe ser diferente al de los demás, por favor, si es posible facilítame el tlf de la señora Paula para que tenga un encuentro con ella.

Muchas gracias.

CC: jmbomio@yahoo.com
From: cagboresq@gmail.com
Subject: Re: Las Vegas
Date: Thu, 13 Jun 2013 13:50:37 -0400
To: clotilde_abeso@hotmail.com





From: **guy Christian Agbor** cagboresq@gmail.com
Subject: **Re: DELEGATION FROM EQUATORIAL GUINEA**
Date: **June 13, 2013 at 12:03 PM**
To: **Parra, Larry** lparra@missuniverse.com

Larry,
My previous response to you indicated that the delegation is financially responsible for its lodging, accommodations and all related expenses.  Once again they are requesting the contact information for a MU person in Vegas.  It is understood that MU may provide tickets for the event and a possible tour.
Regards,
Guy

Sent from my iPhone

On Jun 13, 2013, at 11:40, "Parra, Larry" <lparra@missuniverse.com> wrote:

> Guy please make it clear to the delegation that we have not offered hotel accommodations. I don't them arriving expecting this. It is not possible to do this as explained in an earlier email we have many visitors. The offer is to provide tickets for the show in ViP section and a tour if the production.
> I ask you to confirm this is understood and will be communicated before they take off.
>
> Thanks
>
> Larry
>
>
> Sent from my iPhone
> .... the journey is the reward,,,,
>
> Begin forwarded message:
>
>> From: clotilde abeso abere <clotilde_abeso@hotmail.com>
>> Date: June 13, 2013, 8:32:57 AM PDT
>> To: "Parra, Larry" <lparra@missuniverse.com>
>> Subject: DELEGATION FROM EQUATORIAL GUINEA
>>
>> Good morning Lord Larry:
>>
>> I am Clotilde Abeso Abere of the delegation of Equatorial Guinea.
>> Mrs. Paula President of Miss Universe, invited the First Lady of my country Doña Constancia Mangue  to attend the event which will take place in Las Vegas on the 16th of this month, and the first lady to delegate to the Minister of Culture and Tourism Doña Guillermina Mekuy Mba Obono.
>>
>> Now we are in NY, and travel to Las Vegas tomorrow morning, we arrive in Las Vegas at 6:05 PM, with the company Delta Airlines flight No. 1773.
>>
>> What I want to know is.
>>
>>  if a person have to go to pick us.
>>
>> hotel where we stay.
>>
>> The invitations to the event
>>
>> As the Minister will on behalf of the First Lady of our country, is accompanied by a delegation, that is:
>>
>> Mba Obono Mekuy Guillermina
>> Clotilde Abeso Abere
>> Ppetagio Mangue Mbomio Mbengono
>> Felisa Mangue Obiang
>> Sofia Mekuy Ela
>> Patricia Obiang Mbasogo
>> Restituta Mifumu Ngusma Okomo
>>
>> Thank you very much for everything and hope for a reply as soon as possible

20



**From:** **Parra, Larry** lparra@missuniverse.com
**Subject:** **Fwd: DELEGATION FROM EQUATORIAL GUINEA**
**Date:** June 13, 2013 at 12:10 PM
**To:** **Guy Christian Agbor** cagboresq@gmail.com
**Cc:** **Paul Hugo** paulhugo49@yahoo.com, **McClain, Shawn** smcclain@missuniverse.com

Hi Guy. She just called me asking for the hotel they are staying at and who is picking them up. Can you clarify with her they have to handle the hotel arrangements. I have copied Shawn McClain on this email who will help arrange the receipt of show tickets and arrange a tour on Saturday.
Please let me know once you contact her.

Thanks

Larry

Sent from my iPhone
.... the journey is the reward.,,,

Begin forwarded message:

**From:** clotilde abeso abere <clotilde_abeso@hotmail.com>
**Date:** June 13, 2013, 8:32:57 AM PDT
**To:** "Parra, Larry" <lparra@missuniverse.com>
**Subject: DELEGATION FROM EQUATORIAL GUINEA**

Good morning Lord Larry:

I am Clotilde Abeso Abere of the delegation of Equatorial Guinea.
Mrs. Paula President of Miss Universe, invited the First Lady of my country Doña Constancia Mangue  to attend the event which will take place in Las Vegas on the 16th of this month, and the first lady to delegate to the Minister of Culture and Tourism Doña Guillermina Mekuy Mba Obono.

Now we are in NY, and travel to Las Vegas tomorrow morning, we arrive in Las Vegas at 6:05 PM, with the company Delta Airlines flight No. 1773.

What I want to know is:

  if a person have to go to pick us,

hotel where we stay.

The invitations to the event

As the Minister will on behalf of the First Lady of our country, is accompanied by a delegation, that is:

Mba Obono Mekuy Guillermina
Clotilde Abeso Abere
Ppelagio Mangue Mbomio Mbengono
Felisa Mangue Obiang
Sofia Mokuy Ela
Patricia Obiang Mbasogo
Restituta Mifumu Nguema Okomo

Thank you very much for everything and hope for a reply as soon as possible





**From:** **Guy Christian Agbor** cagboresq@gmail.com
**Subject:** Re: DELEGATION FROM EQUATORIAL GUINEA
**Date:** June 13, 2013 at 12:37 PM
**To:** Parra, Larry lparra@missuniverse.com

I do not know who call you but I need you to give me the name of the person who call you! And I need you to give me a call. I do not have your cell phone because I believe that if I am able to talk to you all this confusion will be avoided. If anybody calls you again please tell them to talk with me. PLEASE CALL ME LARRY.

Sent from my iPhone

On Jun 13, 2013, at 12:09, "Parra, Larry" <lparra@missuniverse.com> wrote:

> Hi Guy. She just called me asking for the hotel they are staying at and who is picking them up. Can you clarify with her they have to handle the hotel arrangements. I have copied Shawn McClain on this email who will help arrange the receipt of show tickets and arrange a tour on Saturday.
> Please let me know once you contact her.
>
> Thanks
>
> Larry
>
>
> Sent from my iPhone
> .... the journey is the reward,,,,
>
> Begin forwarded message:
>
>> From: clotilde abeso abere <clotilde_abeso@hotmail.com>
>> Date: June 13, 2013 8:32:57 AM PDT
>> To: "Parra, Larry" <lparra@missuniverse.com>
>> Subject: DELEGATION FROM EQUATORIAL GUINEA
>>
>> Good morning Lord Larry:
>>
>> I am Clotilde Abeso Abere of the delegation of Equatorial Guinea.
>> Mrs. Paula, President of Miss Universe, invited the First Lady of my country Doña Constancia Mangue to attend the event which will take place in Las Vegas on the 16th of this month, and the first lady to delegate to the Minister of Culture and Tourism Doña Guillermina Mekuy Mba Obono.
>>
>> Now we are in NY, and travel to Las Vegas tomorrow morning, we arrive in Las Vegas at 6.05 PM with the company Delta Airlines flight No. 1773.
>>
>> What I want to know is:
>>
>>  If a person have to go to pick us.
>>
>> hotel where we stay.
>>
>> The invitations to the event
>>
>> As the Minister will on behalf of the First Lady of our country, is accompanied by a delegation, that is:
>>
>> Mba Obono Mekuy Guillermina
>> Clotilde Abeso Abere
>> Ppelagio Mangue Mbomio Mbengono
>> Felisa Mangue Obiang
>> Sofia Mekuy Ela
>> Patricia Obiang Mbasogo
>> Restituta Mifumu Nguema Okomo
>>
>> Thank you very much for everything and hope for a reply as soon as possible

22



From: **guy Christian Agbor** cagboresq@gmail.com
Subject: **Fwd: DELEGATION FROM EQUATORIAL GUINEA**
Date: **June 13, 2013 at 12:48 PM**
To: jmbomio@yahoo.com, **anatolio Ndong MBA** anatolio_ndong_mba@yahoo.es

Sent from my iPhone

Begin forwarded message:

From: "Parra, Larry" <lparra@missuniverse.com>
Date: June 13, 2013, 12:34:01 EDT
To: clotilde abeso abere <clotilde_abeso@hotmail.com>
Cc: Olivia Cellini <ocellini@missuniverse.com>, "McClain, Shawn" <smcclain@missuniverse.com>, Guy Christian Agbor <cagboresq@gmail.com>
Subject: Re: DELEGATION FROM EQUATORIAL GUINEA

Hi again. Besides the number of rooms and the room type please confirm the departure date.

Thanks

Larry

Sent from my iPhone
.... the journey is the reward,,,,

On Jun 13, 2013, at 8:33 AM, "clotilde abeso abere" <clotilde_abeso@hotmail.com> wrote:

Good morning Lord Larry:

I am Clotilde Abeso Abere of the delegation of Equatorial Guinea.
Mrs. Paula President of Miss Universe, invited the First Lady of my country Doña Constancia Mangue to attend the event which will take place in Las Vegas on the 16th of this month, and the first lady to delegate to the Minister of Culture and Tourism Doña Guillermina Mekuy Mba Obono.

Now we are in NY, and travel to Las Vegas tomorrow morning, we arrive in Las Vegas at 6:05 PM, with the company Delta Airlines flight No. 1773.

What I want to know is:

if a person have to go to pick us,

hotel where we stay.

The invitations to the event

As the Minister will on behalf of the First Lady of our country, is accompanied by a delegation, that is:

Mba Obono Mekuy Guillermina
Clotilde Abeso Abere
Ppelagio Mangue Mbomio Mbengono
Felisa Mangue Obiang
Sofia Mekuy Ela
Patricia Obiang Mbasogo
Restituta Mifumu Nguema Okomo

Thank you very much for everything and hope for a reply as soon as possible

23

What I want to know is:

If a person have to go to pick us.

hotel where we stay.

The invitations to the event

As the Minister will on behalf of the First Lady of our country, is accompanied by a delegation, that is.

Moa Obono Mokuy Guillermina
Clotilde Abeso Abara
Ppstagio Mangue Mbomio Mbengono
Felisa Mangue Oblang
Sofia Mokuy Eit.
Patricia Oolang Mussour.
Restituta Nifumu Ngusina Okomo

Thank you very much for everything and hope for a reply as soon as possible.

24



From: **Guy Agbor** cagboresq@gmail.com
Subject: **Re: DELEGATION FROM EQUATORIAL GUINEA**
Date: **June 13, 2013 at 1:16 PM**
To: **Anatolio Ndong Mba** anatolio_ndong_mba@yahoo.es

I am sorry your Excellency! This is not what I am reading when they asking if someone will pick them up. MU will provide them with tickets to the event when they get to Vegas and have a place hotel where tickets are going to be delivered to them. MU will not provide them with a guide.

Regards

Sent from my iPad

GuyChristian

On Jun 13, 2013, at 1:10 PM, Anatolio Ndong Mba <anatolio_ndong_mba@yahoo.es> wrote:

What they are asking for is just a phone contact in Las Vegas where the can call once there to get the tickets.

Regards,
Anatolio Ndong Mba
Ambassador

Sent from my iPhone

On Jun 13, 2013, at 12:49 PM, guy Christian Agbor <cagboresq@gmail.com> wrote:

Sent from my iPhone

Begin forwarded message.

From: "Parra, Larry" <lparra@missuniverse.com>
Date: June 13, 2013, 11:40:01 EDT
To: Guy Christian Agbor <cagboresq@gmail.com>
Cc: Paul Hugo <paulhugo49@yahoo.com>
Subject: Fwd: DELEGATION FROM EQUATORIAL GUINEA

Guy please make it clear to the delegation that we have not offered hotel accommodations. I don't them arrivig expecting this. It is not possible to do this as explained in an earlier email we have many visitors. The offer is to provide tickets for the show in VIP section and a tour if the production.
I ask you to confirm this is understood and will be communicated before they take off.

Thanks

Larry

Sent from my iPhone
... the journey is the reward, ...

Begin forwarded message:

From: clotilde abeso abere <clotilde_abeso@hotmail.com>
Date: June 13, 2013, 5:32:57 AM PDT
To: "Parra, Larry" <lparra@missuniverse.com>
Subject: DELEGATION FROM EQUATORIAL GUINEA

Good morning Lord Larry:

I am Clotilde Abeso Abere of the delegation of Equatorial Guinea.
Mrs. Paula President of Miss Universe, invited the First Lady of my country Doña Constancia Mangue to attend the event which will take place in Las Vegas on the 16th of this month, and the first lady to delegate to the Minister of Culture and tourism Doña Guillermina Mekuy Mba Obono.

Now we are in NY, and travel to Las Vegas tomorrow morning, we arrive in Las Vegas at 8:05 PM, with the company Delta Airlines flight No. 1770

From: **Parra, Larry** lparra@missuniverse.com 
Subject: Equatorial Guinea
Date: June 12, 2013 at 4:50 PM
To: Guy Agbor (cagboresq@gmail.com) cagboresq@gmail.com
Cc: McClain, Shawn smcclain@missuniverse.com, Olivia Cellini ocellini@missuniverse.com

Guy, can I ask you to again send the names of the dignitaries who are coming to the event. We will send you contact information and advise you on the plan for a tour of the production and about the tickets.

Thanks
Larry



**Larry Parra | Vice President, Finance & CFO | Miss Universe Organization**
1370 AVE. OF THE AMERICAS, 16th FL. | NEW YORK, NY 10019 | WWW.MISSUNIVERSE.COM
lparra@missuniverse.com |  P 212.373.4876

25



From: **Parra, Larry** lparra@missuniverse.com
Subject: **Fwd: DELEGATION FROM EQUATORIAL GUINEA**
Date: **June 13, 2013 at 11:40 AM**
To: **Guy Christian Agbor** cagboresq@gmail.com
Cc: **Paul Hugo** paulhugo49@yahoo.com

Guy please make it clear to the delegation that we have not offered hotel accommodations. I don't them arriving expecting this. It is
not possible to do this as explained in an earlier email we have many visitors. The offer is to provide tickets for the show in ViP section
and a tour if the production.
I ask you to confirm this is understood and will be communicated before they take off.

Thanks

Larry


Sent from my iPhone
.... the journey is the reward,,,,

Begin forwarded message:

> From: clotilde abeso abere <clotilde_abeso@hotmail.com>
> Date: June 13, 2013, 8:32:57 AM PDT
> To: "Parra, Larry" <lparra@missuniverse.com>
> Subject: DELEGATION FROM EQUATORIAL GUINEA
>
> Good morning Lord Larry:
>
> I am Clotilde Abeso Abere of the delegation of Equatorial Guinea.
> Mrs. Paula President of Miss Universe, invited the First Lady of my country Doña Constancia Mangue  to attend the event which will
> take place in Las Vegas on the 16th of this month, and the first lady to delegate to the Minister of Culture and Tourism Doña
> Guillermina Mekuy Mba Obono.
>
> Now we are in NY, and travel to Las Vegas tomorrow morning, we arrive in Las Vegas at 6:05 PM, with the company Delta Airlines
> flight No. 1773.
>
> What I want to know is:
>
>   if a person have to go to pick us,
>
> hotel where we stay.
>
> The invitations to the event
>
> As the Minister will on behalf of the First Lady of our country, is accompanied by a delegation, that is:
>
> Mba Obono Mekuy Guillermina
> Clotilde Abeso Abere
> Ppelagio Mangue Mbomio Mbengono
> Felisa Mangue Obiang
> Sofia Mokuy Ela
> Patricia Obiang Mbasogo
> Restituta Mifumu Nguema Okomo
>
> Thank you very much for everything and hope for a reply as soon as possible

211

the Host. However, this assumes

a)    that the Host has the necessary infrastructure, venue and accommodations that meet our requirements and that the Goods & Services for which the Miss Universe Organization is responsible are offered at favorable rates and,

b)    the Host non-financial responsibilities are provided by the Host, where the non-performance of these services would result in the Miss Universe Organization incurring additional and unanticipated cost, such as providing waivers, if applicable, on equipment import fees, duties, visa requirements, etc.

The actual Host agreement will provide full detail on the responsibilities and the required Goods & Services.

If you have any further questions please do not hesitate to contact me.

Regards,

<image003.png>**Larry Parra | Vice President, Finance & CFO | Miss Universe Organization**
1370 AVE. OF THE AMERICAS, 16th FL. | NEW YORK, NY 10019 |
WWW.MISSUNIVERSE.COM
lparra@missuniverse.com | P 212.373.4876



que cumplen nuestros requisitos y que los bienes y servicios para los que la Organización Miss Universo es responsable se ofrecen a precios favorables y,

b) las obligaciones no financieras de acogida son proporcionados por el anfitrión, en el incumplimiento de estos servicios daría lugar a la Organización Miss Universo incurrir en costos adicionales e imprevistos, como el suministro de exenciones, en su caso, de los honorarios de importación de equipos, derechos, requisitos de visado, etc

El Acuerdo de Sede actual proporcionará todos los detalles acerca de las responsabilidades y de los bienes y servicios requeridos.

Si usted tiene alguna pregunta por favor no dude en ponerse en contacto conmigo.
Finalemente, Por favor, tenga en cuenta que la encuesta debe hacerse tan pronto como sea posible, así como el depósito de los $ 4 millones por el 08 2013 porque tenemos una extensa lista de países que quieren ser sede de este eve

Saludos,


Please Larry can you send these two letters by courier to the Permanent Mission @ 800 2nd Avenue on the 3rd Floor. New York New York 10017. I took the liberty to add a little pressure at the end of your letter I hope that is ok with you.

Thanks


On Wed, May 15, 2013 at 1:47 PM, Parra, Larry <lparra@missuniverse.com> wrote:

**Per your request to clarify the cash requirement of USD $14 million for the right to hold the Miss Universe Pageant in Equatorial Guinea, the payment would be the full and total financial responsibility of the Host country. This payment includes the Site Fee and the Goods & Services that are necessary for the event. There would be no further financial requirement of**

From: **Parra, Larry** lparra@missuniverse.com
Subject: RE: Miss Universe Pageant
Date: May 16, 2013 at 9:44 AM
To: guy Christian Agbor cagboresq@gmail.com

Good morning. Attached is the clarification letter. The invite will come soon.



**Larry Parra | Vice President, Finance & CFO | Miss Universe Organization**
1370 AVE. OF THE AMERICAS, 16th FL. | NEW YORK, NY 10019 | WWW.MISSUNIVERSE.COM
lparra@missuniverse.com | P 212.373.4876

**From:** guy Christian Agbor [mailto:cagboresq@gmail.com]
**Sent:** Wednesday, May 15, 2013 6:15 PM
**To:** Parra, Larry
**Subject:** Re: Miss Universe Pageant

Sorry Larry to
H. E. Obiang Nguema Mbasogo
President of the Republic of Equatorial Guinea for the clarification letter and the
invitation to H. E. Mrs. Constancia Mangue De Obiang
First Lady of the Republic of Equatorial Guinea

I am sorry, I was on the train.


Sent from my iPhone

On May 15, 2013, at 17:25, "Parra, Larry" <lparra@missuniverse.com> wrote:

Whom am I addressing this to?

<image002.png>Larry Parra | Vice President, Finance & CFO | Miss
Universe Organization
1370 AVE. OF THE AMERICAS, 16th FL. | NEW YORK, NY 10019 | WWW.MISSUNIVERSE.COM
lparra@missuniverse.com | P 212.373.4876

**From:** Christian Agbor [mailto:cagboresq@gmail.com]
**Sent:** Wednesday, May 15, 2013 2:26 PM
**To:** Parra, Larry
**Subject:** Re: Miss Universe Pageant

Para la solicitud de celebrar el concurso de Miss Universo en Guinea
Ecuatorial, se requiere el pago de $14 milliones. Este pago sería
responsabilidad financiera plena y total del país anfitrión. Este pago incluye
la Tarifa de Sitio y de los bienes y servicios, que sean necesarios para el
evento. No habría ninguna obligación financiera adicional. Sin embargo,
esto supone
a) que el modelo tiene la infraestructura necesaria, el lugar y alojamientos

checking in to see when you anticipate to hear back.

Please let me know.

Thanks.

&lt;image002.png&gt;**Larry Parra | Vice President, Finance &amp; CFO | Miss Universe Organization**
1370 AVE. OF THE AMERICAS, 16th FL. | NEW YORK, NY 10019 | WWW.MISSUNIVERSE.COM
lparra@missuniverse.com |  P 212.373.4876

From: **Parra, Larry** lparra@missuniverse.com 
Subject: RE: Follow up
Date: May 13, 2013 at 1:25 PM
To: **guy Christian Agbor** cagboresq@gmail.com

Thank you. I do want to let you know that 2013 will be the best opportunity to get the show to EQ as we are in the middle of several serious discussions for 2014 already. I strongly suggest that 2013 still be the goal for the show. That being said, we will continue to move forward and plan for a survey. The names of those attending the survey will vary depending on dates and the venue to be discussed. It likely will be me, the VP of Production and one or two others TBD.

Please let me know as soon as you get an answer.

Regards,

Larry

 **Larry Parra | Vice President, Finance & CFO | Miss Universe Organization**
1370 AVE. OF THE AMERICAS, 16th FL. | NEW YORK, NY 10019 | WWW.MISSUNIVERSE.COM
lparra@missuniverse.com | P 212.373.4876

**From:** guy Christian Agbor [mailto:cagboresq@gmail.com]
**Sent:** Monday, May 13, 2013 12:35 PM
**To:** Parra, Larry
**Subject:** Re: Follow up

**Sorry about this delay. The Ambassador told me today that the President is choosing 2014 instead of 2013 and The Ambassador is currently working to secure the fund now and obtain a package for the survey which in my opinion will probably happen after the senatorial, parliamentarian and local elections taking place on May 26, 2013. Conversely and realistically, the survey may occur in June or July; And I argued and advised the Ambassador that this survey should be done now to allow the Government to be better prepare and that any further delay will play in our disfavor and readiness. I will definitely keep you posted as soon as soon as the survey is authorized. But in the meantime, I am suggesting that you provide me with the names of those who are to travel to EG so I can forward them to the Protocol's Office to prepare for the accommodations (Air fare and hotel as well as local transportation).**

Regards

Sent from my iPhone

On May 13, 2013, at 11:26, "Parra, Larry" <lparra@missuniverse.com> wrote:

## Good morning. I was out on Friday and I'm





From: **guy Christian Agbor** cagboresq@gmail.com
Subject: Re: Miss Universe
Date: May 9, 2013 at 4:43 PM
To: Parra, Larry lparra@missuniverse.com

Larry, I am so sorry for that. I was assure that the meeting was going to take place last week but was postponed for tomorrow. Additionally, there is a practical problem because there are elections taken place this month, so the President's advisors are telling me that it might not happen this month and if it doesn't it will be for next month or the month after your Vegas' pageant. In any event, the meeting will take place tomorrow. Further, I have advised the Ambassador to send me an official letter confirming the government's position as to 2013 or 2014 + the funds and the survey's accommodations as well. Furthermore, the Ambassador understand that he must get all these in writing. I should be able to get these answers by tomorrow evening hopefully.

Regards

GuyChristian.

Sent from my iPhone

On May 9, 2013, at 10:59, "Parra, Larry" <lparra@missuniverse.com> wrote:

Good morning. I'm checking to see if there is any word from the president's office. You had mentioned we should hear back mid-week. We're going to run out of time for a survey in May so it is important we know in order to hold dates.
Paula is traveling so I copied her to keep her up to date.

Please let us know what's the latest.

Thanks

<image003.png>Larry Parra | Vice President, Finance & CFO | Miss Universe Organization
1370 AVE. OF THE AMERICAS, 16th FL. | NEW YORK, NY 10019 | WWW.MISSUNIVERSE.COM
lparra@missuniverse.com | P 212.373.4876

33

earlier and used the one attached to this email.

Thank you


On Wed, Apr 24, 2013 at 12:59 PM, Christian Agbor
<cagboresq@gmail.com> wrote:
Dear Larry I have translated your letter in Spanish so the President will not
need anybody else to do it. Please used this version.

Thank you


On Wed, Apr 24, 2013 at 10:21 AM, guy Christian Agbor
<cagboresq@gmail.com> wrote:
Thank you so much Larry. The name is H. E. Mr. OBIANG NGUEMA
MBASOGO
President of the Republic of Equatorial Guinea

And CC to H. E. Mr. Anatolio Ndong Mba,
Ambassador of the Republic of Guinea to the United Nations

Sent from my iPhone
917-399-4688

On Apr 24, 2013, at 8:17, Guy Agbor <cagboresq@gmail.com> wrote:

> Yes, good morning to you too. We can certainly talk around 9:45 this
morning if it is ok with you.
>
> Sent from my iPhone
>
> On Apr 24, 2013, at 8:03 AM, "Parra, Larry" <lparra@missuniverse.com>
wrote:
>
>> Good morning. I am responding on behalf of Paula Shugart. Is there a
good time today to have a brief phone call to get updated. My direct phone is
212-373-4876. Please let me know when is a good time.
>>
>> Thanks
>>
>> Larry
>>
>>
>> Sent from my iPhone
>> .... the journey is the reward,,,,

34

Regards,

Larry

 **Larry Parra | Vice President, Finance & CFO | Miss Universe Organization**
1370 AVE. OF THE AMERICAS, 16th FL. | NEW YORK, NY 10019 | WWW.MISSUNIVERSE.COM
lparra@missuniverse.com | P 212.373.4876

**From:** Christian Agbor [mailto:cagboresq@gmail.com]
**Sent:** Monday, April 29, 2013 2:56 PM
**To:** Parra, Larry
**Subject:** Re: Miss Universe

ok! thank you.

On Mon, Apr 29, 2013 at 2:03 PM, Parra, Larry <lparra@missuniverse.com> wrote:
Hi Christian. I'm out of the office now but will be back in about an hour. I will contact you when I get back To the office.

Thanks

Larry

Sent from my iPhone
.... the journey is the reward,,,,

On Apr 29, 2013, at 1:45 PM, "Christian Agbor" <cagboresq@gmail.com> wrote:

Good Morning Larry, has approved that the country will host the Miss Universe 2013 in Malabo, the Ambassador is travelling this Friday to meet with the President on next week Paul Trusfull has suggested that your team goes to Equatorial Guinea before the end of May, I will ask the Ambassador to work on your tickets if that is the process? How many of you (from your organization) want to go to Equatorial Guinea? Please do me favor, can you email me a copy of the spanish letter that I pick up from your office? I gave the original as soon as I left your office to the President, did not have a chance to copy it.

Regards

GuyChristian

35

From: **Paula Shugart** paulas@missuniverse.com 
Subject:
Date: **April 23, 2013 at 6:00 PM**
To: cagboresq@gmail.com
Cc: **Parra, Larry** lparra@missuniverse.com, **McClain, Shawn** smcclain@missuniverse.com, **Webski, Jason** jwebski@missuniverse.com

We have received your email and Larry Parra or Shawn McClain will contact you.



**Paula M. Shugart| President | Miss Universe Organization**
**1370 AVE. OF THE AMERICAS, 16th FL. | NEW YORK,  NY  10019 | WWW.MISSUNIVERSE.COM**
paulas@missuniverse.com |  P 212.373.4990

  

*Please consider the environment before printing this e-mail.*
*This e-mail and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed and may contain*
*information that is confidential or otherwise protected by law. If you are not the intended recipient, you are hereby notified that any use*
*dissemination, forwarding, printing or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please contact us at the*
*address above and delete the email from your computer.*

**36**

From: **guy Christian Agbor** cagboresq@gmail.com
Subject: Re: Miss Universe
Date: April 24, 2013 at 3:29 PM
To: Parra, Larry lparra@missuniverse.com

**Thank you so much and I will do that.**

**Sent from my iPhone**

On Apr 24, 2013, at 14:27, "Parra, Larry" <lparra@missuniverse.com> wrote:

OK, 2 versions are ready, the English signed by Paula and the Spanish signed by me. Please call 212-373-4999 and ask for Samantha or Olivia when someone is here to pick up the documents.
Regards.

<image002.png>**Larry Parra | Vice President, Finance & CFO | Miss Universe Organization**
1370 AVE. OF THE AMERICAS, 16th FL. | NEW YORK, NY 10019 | WWW.MISSUNIVERSE.COM
lparra@missuniverse.com | P 212.373.4876

**From:** guy Christian Agbor [mailto:cagboresq@gmail.com]
**Sent:** Wednesday, April 24, 2013 1:58 PM
**To:** Parra, Larry
**Subject:** Re: Miss Universe

Yes Larry go ahead and sign it no problem I am at lunch and as soon as I am done I will come pick up the letter.

Thank you so much

Sent from my iPhone

On Apr 24, 2013, at 13:49, "Parra, Larry" <lparra@missuniverse.com> wrote:

I have the English version already signed by Paula Shugart. She is out now and may not be back in time to sign for you. It can come from me if you want the Spanish version today.

<image002.png>**Larry Parra | Vice President, Finance & CFO | Miss Universe Organization**
1370 AVE. OF THE AMERICAS, 16th FL. | NEW YORK, NY 10019 | WWW.MISSUNIVERSE.COM
lparra@missuniverse.com | P 212.373.4876

**From:** Christian Agbor [mailto:cagboresq@gmail.com]
**Sent:** Wednesday, April 24, 2013 1:21 PM
**To:** Parra, Larry
**Subject:** Re: Miss Universe

Dear Larry I apologized but please disregard the first letter that I sent you

**37**

From: **guy Christian Agbor** cagboresq@gmail.com
Subject: Fwd: Miss Universe
Date: May 7, 2013 at 10:44 AM
To: **anatolio Ndong MBA** anatolio_ndong_mba@yahoo.es

Sent from my iPhone

Begin forwarded message:

From: "Parra, Larry" <lparra@missuniverse.com>
Date: April 30, 2013, 10:55:49 EDT
To: Christian Agbor <cagboresq@gmail.com>
Subject: RE: Miss Universe

Please do. We will have limited time to arrange for the survey trip.

Thank you.

 **Larry Parra | Vice President, Finance & CFO | Miss Universe Organization**
1370 AVE. OF THE AMERICAS, 16th FL. | NEW YORK, NY 10019 | WWW.MISSUNIVERSE.COM
lparra@missuniverse.com | P 212.373.4876

From: Christian Agbor [mailto:cagboresq@gmail.com]
Sent: Tuesday, April 30, 2013 10:56 AM
To: Parra, Larry
Subject: Re: Miss Universe

Thank you Larry I will keep you posted.

Regards.


Guy Christian


On Mon, Apr 29, 2013 at 5:05 PM, Parra, Larry <lparra@missuniverse.com> wrote:
Attached is the letter in Spanish. Regarding a trip, usually the initial trip is
about 3/4 people, however, since we are bumping up against our staff traveling
to Las Vegas for the Miss USA Pageant it may be less (the USA pageant is
6/16 and staff begins traveling to Vegas end of May / beginning of June). I do
agree with Paul that an initial visit makes sense before the end of May to get
the preliminary survey done (hotels, venue, meals, production office and
rehearsal space, transportation, banking/payment structure). The last week of
May will not work because of the USA show so it would have to be in the
couple of weeks before.
Please let me know if you feel a trip will happen within this timeframe and I
can ascertain the availability of the survey team. Will visas be required or any
specific requirements to travel to EG?

From: **guy Christian Agbor** cagboresq@gmail.com
Subject: Re: Miss Universe
Date: **April 24, 2013 at 12:34 PM**
To: **Parra, Larry** lparra@missuniverse.com



Thank you Larry but I can pick up the original with your letterhead and signature on my way to the airport

Sent from my iPhone

On Apr 24, 2013, at 11:50, "Parra, Larry" <lparra@missuniverse.com> wrote:

Guy, I attached 2 versions of the document. The one with President at the end is a shortened version and the other has a bit more detail. The shortened may be more appropriate for the President and I would like your thoughts.

Larry Parra I Vice President, Finance & CFO I Miss Universe Organization
1370 AVE. OF THE AMERICAS, 16th FL. I NEW YORK, NY 10019 I WWW.MISSUNIVERSE.COM
lparra@missuniverse.com I  P 212.373.4876

-----Original Message-----
From: guy Christian Agbor [mailto:cagboresq@gmail.com]
Sent: Wednesday, April 24, 2013 10:21 AM
To: Parra, Larry
Subject: Re: Miss Universe

Thank you so much Larry. The name is H. E. MR. OBIANG NGUEMA MBASOGO President of the Republic of Equatorial Guinea

And CC to H. E. Mr. Anatolio Ndong Mba,
Ambassador of the Republic of Guinea to the United Nations

Sent from my iPhone
917-399-4688

On Apr 24, 2013, at 8:17, Guy Agbor <cagboresq@gmail.com> wrote:

Yes, good morning to you too. We can certainly talk around 9:45 this morning if it is ok with you.

Sent from my iPhone

On Apr 24, 2013, at 8:03 AM, "Parra, Larry" <lparra@missuniverse.com> wrote:

Good morning. I am responding on behalf of Paula Shugart. Is there a good time today to have a brief phone call to get updated. My direct phone is 212-373-4876. Please let me know when is a good time.

Thanks

Larry

Sent from my iPhone
... the journey is the reward...
<Equatorial Guinea letter 4.24.13 President.doc>
<Equatorial Guinea letter 4.24.13.doc>



From: **guy Christian Agbor** cagboresq@gmail.com
Subject: Re: Miss Universe
Date: April 24, 2013 at 10:21 AM
To: Parra, Larry lparra@missuniverse.com

Thank you so much Larry. The name is H. E. Mr. OBIANG NGUEMA MBASOGO
President of the Republic of Equatorial Guinea

And CC to H. E. Mr. Anatolio Ndong Mba,
Ambassador of the Republic of Guinea to the United Nations

Sent from my iPhone
917-399-4688

On Apr 24, 2013, at 8:17, Guy Agbor <cagboresq@gmail.com> wrote:

> Yes, good morning to you too. We can certainly talk around 9:45 this morning if it is ok with you.
>
> Sent from my iPhone
>
> On Apr 24, 2013, at 8:03 AM, "Parra, Larry" <lparra@missuniverse.com> wrote:
>
>> Good morning. I am responding on behalf of Paula Shugart. Is there a good time today to have a brief phone call to get updated.
>> My direct phone is 212-373-4876. Please let me know when is a good time.
>>
>> Thanks
>>
>> Larry
>>
>>
>> Sent from my iPhone
>> .... the journey is the reward...

40

# EXHIBIT F



MISS+UNIVERSE
ORGANIZATION

A Donald J. Trump & NBCUniversal Partnership | TRUMP NBCUniversal

H.E. Mrs. Constancia Mangue De Obiang                    May 15, 2013
First Lady
Republic of Equatorial Guinea

I heard you will be traveling to the United States in June and would like to extend an invitation
for you to join us for the Miss USA 2013 Pageant in Las Vegas.

On Sunday, June 16th, fifty-one of the most beautiful women in the United States will compete
for the crown at Planet Hollywood Resort & Casino in Las Vegas, Nevada.  The Miss USA
pageant is now televised in 90 countries and territories around the world and is one of the top
social media trending topics.  The winner of the Miss USA competition will go on to compete in
the Miss Universe Pageant.

Please let us know if you will be able to attend.  We will need the names of your guest, your date
of arrival and the hotel where you will be staying, as soon as you have this information, so that
we may arrange to host you properly.  I recommend arriving at least a full day before the show to
allow us time to give you a tour of the operation and theater.

We look forward to welcoming you to Las Vegas and introducing you to the sensation that is the
Miss USA pageant.

Sincerely,

Paula M. Shugart
President
Miss Universe Organization

# EXHIBIT G

 **AIRFRANCE**

**Billet Electronique/Electronic Ticket**

**Numero de reservation/Booking Ref. : 53SOFR**

**A l'aeroport, vous devez presenter une piece d'identite ainsi que l'identifiant dont vous avez donne les references a la reservation.**
At check-in, you must show a photo ID and the FOID used as a reference at the time of booking.

| Passager/Passenger | Numero de billet/Ticket Number | Identifiant/FOID |
| --- | --- | --- |
| AGBOR GUYCHRISTIAN MR(ADT) | **057 235 147 183 9** | Carte AF/AF card : 2076956216 |

**Itineraire/Itinerary**

| De<br>From | A<br>To | Vol<br>Flight | Classe<br>Class | Date<br>Date | Heure/Time<br>Depart<br>Departure | Arrivee<br>Arrival | Resa<br>Resa<br>(*) | Non valide/Not valid<br>Avant depart<br>Before departure | Apres depart<br>After departure | Fin<br>enregistrement<br>Latest check-in<br>time limit | Bagages<br>Baggage<br>(**) | Siege<br>Seat |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NEW YORK JOHN F. KENNEDY INTERNATIONAL AIRPO 1 | PARIS CHARLES DE GAULLE | AF0023 | N | 04Jun | 16:25 | 05:50 | OK | 04JUN | 04JUN | 15:25 | 2PC | 29A |
| Arrivee Jour+1/Arrival day+1 | | | | | | | | | | | | |
| PARIS CHARLES DE GAULLE 2E | MALABO INTERNATIONAL | AF0958 | N | 05Jun | 11:00 | 16:30 | OK | 05JUN | 05JUN | 09:30 | 2PC | 35J |
| MALABO INTERNATIONAL | PARIS CHARLES DE GAULLE | AF0953 | N | 18Jun | 23:05 | 06:30 | OK | 18JUN | 18JUN | 21:35 | 2PC | 35J |
| Arrivee Jour+1/Arrival day+1 | | | | | | | | | | | | |
| PARIS CHARLES DE GAULLE 2E | NEW YORK JOHN F. KENNEDY INTERNATIONAL AIRPO | AF3628 | N | 19Jun | 13:40 | 15:57 | OK | 19JUN | 19JUN | 12:40 | 2PC | 15D |

**Vol assure par/operated by DELTA AIR LINES**

(*) OK =confirme/confirmed -
(**) Vous etes autorise(e) a transporter gratuitement en soute le nombre de bagages indique ci-dessus. Le poids maximum autorise pour chaque bagage est de 23 kg (***) (32 kg en classe La Premiere ou Business). Au-dela, vous devez acquitter un supplement. Cette regle s'applique a tous les vols AIR FRANCE KLM. Sur les vols en partage de code, les regles de la compagnie qui assure le vol peuvent etre differentes. Pour tout voyage dont le 1er vol commence au Bresil, vous etes autorise a transporter 2 bagages de 32 kg maximum chacun. (***) Pour les bebes de moins de 2 ans voyageant sur les genoux de leurs parents, le poids du bagage autorise en soute est de 10 kg maximum.
Pour plus d'informations, consulter le site Air France, rubrique « Preparation voyage -Bagages ».

(**) You may check in the number of baggage items listed above at no extra charge. The maximum weight permitted for each baggage item is 23 kg / 50 lb (***) (32 kg / 70 lb in the La Premiere and Business class). Beyond this limit, you must pay an extra fee. These regulations apply to all AIR FRANCE-KLM flights. For code-sharing flights, the operating airline's regulations may be different. When the first flight of your trip starts in Brazil, you are allowed to transport 2 baggages of 32 kg / 70 lb maximum each. (***) A parent may check in baggage weighing 10 kg / 22 lb maximum for an infant under 2 years old that is traveling on the parent's lap.
For more information about baggage policy, please consult website Air France, "Preparing your trip - Baggage".

**Formalites Etats-Unis : l'autorisation de voyage ESTA (https://esta.cbp.dhs.gov/esta/esta.html) est desormais indispensable pour embarquer vers les Etats-Unis.**
Regulations for travel to the United States: filling out the ESTA (https://esta.cbp.dhs.gov/esta/esta.html) form is now obligatory before traveling to the US.



Les services Air France partout où vous voulez
Achetez ou modifiez votre billet
Choisissez votre siège
Informez-vous en temps réel

Services mobiles
by AIRFRANCE
http://mobile.airfrance.com



**Déménagements Internationaux**
Laissez-vous porter par nos **40 ans d'expérience** !
www.ags-demenagement.com

Devis gratuit  cliquez ici

**LA COMPAGNIE AIR FRANCE VOUS SOUHAITE UN AGREABLE VOYAGE.**
AIR FRANCE WISHES YOU A VERY PLEASANT TRIP.

**Ce document confirme la creation de votre (vos) billet(s) electronique(s) dans nos systemes informatiques ; il ne permet pas l'acces a bord.**
This document confirms that your electronic ticket(s) has(have) been created in our systems. It does not allow access on board.

Pour plus d'informations, consultez le site AIR FRANCE (http://www.airfrance.com ) ou contactez AIR FRANCE

42

Avant votre depart, si vous souhaitez consulter, completer ou modifier votre reservation (si votre tarif le permet), rendez-vous sur le site Air France rubrique « Gerer vos reservations », ou telephonez au 1 800 237 27 47
If you wish to complete, consult or modify your reservation before departure and, if your fare permits, go directly to Air France website and change the ticket yourself in the section "Manage Your reservations" or call 1 800 237 27 47

Apres votre depart, pour modifier votre billet (si votre tarif le permet), rendez-vous sur le site Air France rubrique « Gerer vos reservations ». ou vous pouvez contacter AIR FRANCE au + +237 33 50 15 15 (Cameroun) ou tout point de vente AIR FRANCE
After your departure, go directly to Air France website and change the ticket yourself in the section "Manage Your reservations"or you can contact AIR FRANCE in + +237 33 50 15 15 (Cameroun) or any AIR FRANCE Sales/Ticket Office.

Vous pouvez consulter les emissions de CO2 liees a votre voyage sur le site Corporate Air France rubrique "Developpement Durable"
To consult CO2 emissions due to your trip, please visit our web site Corporate Air France, section "Sustainable Development".

Recu de paiement/ Receipt
Nom/Name                          : AGBOR GUYCHRISTIAN MR(ADT)   Numero de billet/Ticket Number          057 235 147 183 9
Mode de paiement/Form of Payment : CCAX
Tarif/Fare                        : USD 1039.00
Taxes, surcharge transporteur et  : USD442.00 YR 5.50 YC 215.84 XT
frais de service/Taxes, carrier
surcharge and applicable ticketing fees
La surcharge transporteur identifiee, dans la ligne « Taxes, surcharge transporteur et frais de service », sous le code YR n'est pas remboursable pour les tarifs non remboursables.
The carrier surcharge, identified above by the YR code in the line "Taxes, carrier surcharge and applicable booking fees," is not refundable for non-refundable fares.
Montant Transport/Cost of transport : USD 1702.34

Montant Frais d'emission/ Ticketing  : USD 0.00
fee
(Montant Frais d'emission non remboursable/No-refundable Ticketing fee)
Montant total/Total cost             : USD 1702.34
Date et lieu d'emission/Date and     : 12 May 2014 DIR - WEB USA/NEW   IATA          33993120
place of issue                         YORK
Restriction(s)/Restriction(s) : NONREF/NONEND/PEX -BG:AF
Ce tarif, obtenu le jour de votre reservation, est valable uniquement si le billet est utilise integralement, aux dates indiquees et en respectant l'ordre de coupons de vol. Conformement a nos conditions generales de transport, toute utilisation non conforme constatee le jour du voyage pourra entrainer le paiement a l'aeroport d'un complement tarifaire et de frais de reemission. Ces frais de reemission s'elevent a 75 € pour un billet court ou moyen-courrier (quelle que soit la cabine de voyage), 150 € pour un billet long-courrier en cabines Economy ou Premium Economy, et 300 € pour un billet long-courrier en cabine Business.
'This fare, obtained the day of your reservation, is valid only if the ticket is used in full, and on the dates indicated in the order of flight coupons. In accordance with our transport conditions, any improper use on the travel day may result in additional airport or ticket reissuing fees. These additional ticket reissuing fees are: €75 for a ticket on a short- or medium-haul flight (regardless of travel class), €150 for a ticket on a long-haul flight in the Economy or Premium Economy cabins, €300 for a ticket on a long-haul flight in the Business cabin.

Conformement aux conditions tarifaire du billet communiquees lors de l'achat et disponibles sur le site airfrance.com, des frais lies aux regles tarifaires majores d'eventuels frais de dossier pourront etre percus en cas d'echange ou de remboursement.
In accordance with the ticket usage conditions displayed at the time of booking and available on our website airfrance.com, fees linked to the rules of the fare purchased, plus any Adiminstration fees, may be charged in the event of a ticket change or refund.


Déménagements Internationaux
Laissez-vous porter par nos 40 ans d'expérience !
www.ags-demenagement.com
Devis gratuit
cliquez ici

LA COMPAGNIE AIR FRANCE VOUS SOUHAITE UN AGREABLE VOYAGE.
AIR FRANCE WISHES YOU A VERY PLEASANT TRIP.

Ce document confirme la creation de votre (vos) billet(s) electronique(s) dans nos systemes informatiques ; il ne permet pas l'acces a bord.
This document confirms that your electronic ticket(s) has(have) been created in our systems. It does not allow access on board.

Pour plus d'informations, consultez le site AIR FRANCE (http://www.airfrance.com ) ou contactez AIR FRANCE

43

EDITION



AdChoices

**Lisa Misol, Contributor**
Senior researcher, Human Rights Watch

# The Business of Selling Equatorial Guinea to Investors

08/08/2014 12:18 pm ET | Updated Oct 08, 2014

The US-Africa Summit wrapped up yesterday, but that wasn't the end of the fanfare for one of its most controversial participants.

President Teodoro Obiang Nguema Mbasogo of Equatorial Guinea, the world's longest serving non-royal head of state, was honored at an invitation-only dinner last night hosted by the Corporate Council on Africa.

The council, whose members pay between $5,000 and $25,000 for the benefits of "access, connections, and insight," is co-sponsoring an "Equatorial Guinea Economic Forum" today.

The forum agenda, designed to entice more American investment, skips over issues of government mismanagement and high-level abuse of power in Equatorial Guinea.

A morning session on the "health system in Equatorial Guinea" is likely to skip over the inconvenient fact that the Obiang government manifestly fails to fulfill its international social and economic rights obligations to meet the basic needs of its citizens.

Life expectancy in oil-rich Equatorial Guinea, which has a per-capita income equivalent to Portugal's, is 53, compared with 80 in Portugal and 63 in neighboring Gabon, according to World Bank statistics from 2012. Despite tremendous resources, Equatorial Guinea has very low vaccination rates, including the worst polio vaccination rate in the world, according to the World Health Organization.

Even more out of touch with reality is an afternoon session that labels Equatorial Guinea as "a promising and secure business environment."



Tell that to Roberto Berardi, the Italian businessman who was the business partner of President Obiang's oldest son, "Teodorín." While forum attendees enjoy the posh amenities of the St. Regis Hotel in Washington, DC, Bernardi sits nearly 6,000 miles away in Equatorial Guinea in a cramped and filthy prison cell where he's spent most of the last 18 months, much of it in solitary confinement. He has been tortured.

Teodorín the country's second vice-president, is the subject of corruption and money-laundering investigations in the US and France. Berardi was arrested after he questioned the son about news that the US investigation was based in part on allegations that Teodorín misused a bank account in the name of a construction firm they jointly owned to make lavish purchases with dirty money. One wire transfer, for $872,112, paid for the purchase at auction of Michael Jackson memorabilia, including "a white, crystal-covered 'Bad Tour' glove."

Teodorín, who has a track record of filing charges against business partners who know too much, is now negotiating a settlement with the US Department of Justice.

This week several international organizations warned that he and his father "have repeatedly demonstrated disrespect for judicial process in the United States and in their own country." In a letter to US Attorney General Eric Holder, they advise that "great care and some degree of skepticism" is needed when dealing with Teodorín and the Obiang government.

The same is true of investors. The Obiang government has spent millions on lobbyists and public relations firms to present a shiny image. But anyone who looks into the situation will find that dealing with the Obiang family has proved to be a risky enterprise.

A high-powered former "reform advisor" to the Obiang government, Lanny Davis, successfully sued his client, who he claimed stiffed him on more than $150,000 in lobbying expenses.

President Obiang frequently makes promises he does not keep. In April, he promised to promptly release Berardi in a "humanitarian" gesture.

And ever since Equatorial Guinea was expelled from an international transparency initiative on oil, gas, and mining payments in 2010, he has pledged to take the steps needed to qualify for membership. His government is likely to repeat that claim to potential American investors at the forum today.

A key requirement of the Extractive Industries Transparency Initiative is that government openly engage with activists, without intimidation or reprisal, and guarantee an "enabling environment" for their full participation.



But the Obiang government has made no progress to address its broken promise to engage with activists freely in debate on the management of the country's natural resource wealth, a central failing of its prior membership bid. Instead, the government continues to harass activists and impose severe restrictions on free speech.

I would have liked to put these issues to the government ministers who are pitching company representatives at today's event, but Human Rights Watch did not receive a response to our request for meetings.

Before they fall for the claim that today's forum demonstrates "the government's commitment to fostering an enabling environment for foreign investment," investors should check out the Department of Justice's description of the business climate in Equatorial Guinea. It alleges extortion of timber and construction companies, fraudulently inflated public construction contracts that deliberately bilked the government by charging as much as five times the correct price, massive kickbacks, and the funneling of public money into private bank accounts.

Separately, the Department of Justice is looking into possible bribery of Equatorial Guinea officials by a Swiss oil and gas company. The company itself publicly states it uncovered evidence of payments totaling $18.8 million that may have gone directly or indirectly to government officials in the country.

For all its talk, the Obiang government doesn't actually enable civic participation or promote good business practices. Enabling high-level corruption and human rights abuses however — now that is something else.

_____

*Lisa Misol is a senior business and human rights research at Human Rights Watch.*

**MORE:**

( Business )  ( Corruption )  ( Economic Development )  ( Equatorial Guinea )

You May Like     Sponsored Links by Taboola

**It took a year to make a shirt that hasn't been made in the USA for 40 years**
New York Times | American Giant

**This Free Upgrade Makes Amazon Prime Even Better**
Honey

46

**REPÚBLICA DE GUINEA ECUATORIAL**

PASAPORTE/PASSPORT

Tipo/Type **PD**

Código del país/Country code **GNQ**

Nombre/Given names **DOUGAN CHAMPION**

Apellidos/Surname **ARMANDO**

Cargo/Position **CONSEJERO PRESIDENCIA DE LA REPUBLICA**

Nacionalidad/Nationality **ECUATOGUINEANA**

Profesión/Profession **LICENCIADO CIENCIAS EMPRESARIALES**

No. D.I.P./Personal No. **000055960**

Fecha de nacimiento/Date of birth **27 ENE/JAN 57**

Sexo/Sex **M**

Lugar de nacimiento/Place of birth **MALABO**

Fecha de expedición/Date of issue **04 FEB/FEB 11**

Fecha de expiración/Date of expiry **03 FEB/FEB 16**

Núm. de Pasaporte/Passport No. **D0000653**

Firma del titular/Holder's signature

Firma de la Autoridad Competente/
Signature of competent authority

PDGNQDOUGAN<<CHAMPION<<ARMANDO<<<<<<<<<<<<
D0000653<1GNQ5701276M1602032000055960<<<<<<10

---

EL PRESIDENTE DE LA REPÚBLICA DE GUINEA ECUATORIAL
y en su nombre
EL MINISTRO DE ASUNTOS EXTERIORES Y COOPERACIÓN
concede
PASAPORTE DIPLOMÁTICO

THE PRESIDENT OF THE REPUBLIC OF EQUATORIAL GUINEA
and on his behalf
THE MINISTER OF EXTERNAL AFFAIRS AND COOPERATION
awards the bearer this
DIPLOMATIC PASSPORT

LE PRÉSIDENT DE LA RÉPUBLIQUE DE GUINÉE ÉQUATORIALE
et, en son nom,
LE MINISTRE DES AFFAIRES ÉTRANGÈRES ET DE LA COOPÉRATION
alloue ce
PASSEPORT DIPLOMATIQUE

*D0000653*

47

## COUR DE DISTRICT DES ÉTATS-UNIS
## DISTRICT SUD DE NEW YORK

-----------------------------------------------------------X

**GUYCHRISTIAN AGBOR**
*Demandeur*

_____CV_____

Contre

**PRESIDENCE DE LA REPUBLIQUE**          **PLAINTE**
**DE GUINEE EQUATORIALE,**
**TEODORO OBIANG NGUEMA MBASOGO,**        Voulez-vous un procès avec jury?
**DOUGAN CHAMPION ARMANDO**                X Oui    Non
*Défendeurs*

-----------------------------------------------------------X

---

### ATTENTION
*Le public peut accéder aux dossiers électroniques du tribunal. Pour des raisons de confidentialité et de sécurité, les documents déposés au tribunal ne doivent donc pas contenir: le numéro de sécurité sociale complet ou la date de naissance complète du particulier; le nom complet d'une personne réputée mineure; ou un numéro de compte financier complet. Un dépôt ne peut contenir que: les quatre derniers chiffres d'un numéro de sécurité sociale; l'année de la naissance d'un individu; les initiales d'un mineur; et les quatre derniers chiffres d'un numéro de compte financier. Voir Règle Fédérale de Procédure Civile 5.2.*

# I. BASE DE JURIDICTION

Les tribunaux fédéraux sont des tribunaux de juridiction limitée (pouvoir limité). En règle générale, les tribunaux fédéraux ne peuvent connaître que deux types d'affaires: les affaires portant sur une question fédérale et les affaires concernant la diversité de citoyenneté des parties. Sur la base de loi 28 U.S.C. § 1331, une affaire relevant de la Constitution des États-Unis ou de lois ou traités fédéraux est une affaire fédérale. Sur la base de loi 28 U.S.C. § 1332, dans lequel un citoyen d'un État poursuit un citoyen d'un autre État ou d'une autre nation et que le montant en litige dépasse 75 000 dollars, constitue un cas de diversité. Dans une affaire de diversité, aucun défendeur ne peut être citoyen du même État qu'un demandeur.

Quel est le fondement de la compétence des tribunaux fédéraux dans votre cas?

☐ **Question fédérale**

X **Diversité de la citoyenneté**

## A. Si vous avez coché Question fédérale

Lesquels de vos droits constitutionnels ou statutaires fédéraux ont été violés?

## B. Si vous avez coché Diversité de la citoyenneté

### 1. Citoyenneté des parties

De quel Etat chaque partie est-elle citoyenne?

Le demandeur, **GUYCHRISTIAN AGBOR**, est citoyen de l'Etat de

(Nom du demandeur)

**NEW YORK**

(Etat dans lequel la personne réside et a l'intention de rester.)

ou, s'il n'est pas légalement admis pour la résidence permanente aux États-Unis, citoyen ou sujet de l'État étranger de

*Si plusieurs plaignants sont nommés dans la plainte, joignez des pages supplémentaires fournissant des informations sur chaque plaignant supplémentaire.*

Si le défendeur est un particulier:

Le défendeur,                                , est citoyen de l'État de

*(Nom du défendeur)*

ou, s'il n'est pas légalement admis pour la résidence permanente aux États-Unis, citoyen ou sujet de l'État étranger de

    Si le défendeur est une société:

Le défendeur, **PRÉSIDENCE DE LA REPUBLIQUE DE GUINEE EQUATORIALE**

l'Etat de

et a son principal établissement dans l'État de

ou est constituée en vertu des lois de (État étranger) **REPUBLIQUE DE GUINEE EQUATORIALE**

et a son siège principal à  MALABO REPUBLIQUE DE GUINEE EQUATORIALE

    *Si plusieurs accusés sont nommés dans la plainte, joignez des pages supplémentaires fournissant des informations sur chaque accusé supplémentaire.*

## II. PARTIES

### A. Renseignements sur le demandeur

*Fournissez les informations suivantes pour chaque demandeur nommé dans la plainte. Joignez des pages supplémentaires si nécessaire.*

**GUYCHRISTIAN**                             **AGBOR**

Prénom                 Patronyme               Nom de Famille

231 W 148th Rue  # 5L

Adresse de la Rue

NEW YORK, NEW YORK          NY               10039

Comté, Ville                  État            Code Postal

917-399-4688                  cagboresq@gmail.com

Numéro de telephone              Couriel electronique (si disponible)

Si le défendeur est un particulier:

Le défendeur, **TEODORO OBIANG NGUEMA MBASOGO** , est citoyen de l'État de

(*Nom du défendeur*)

ou, s'il n'est pas légalement admis pour la résidence permanente aux États-Unis, citoyen ou sujet de l'État étranger de **LA RÉPUBLIQUE DE GUINÉE ÉQUATORIALE**

Si le défendeur est une société:

Le défendeur,

l'Etat de

et a son principal établissement dans l'État de

ou est constituée en vertu des lois de (État étranger) **RÉPUBLIQUE DE GUINÉE ÉQUATORIALE**

et a son siège principal à **MALABO RÉPUBLIQUE DE GUINÉE ÉQUATORIALE**

*Si plusieurs accusés sont nommés dans la plainte, joignez des pages supplémentaires fournissant des informations sur chaque accusé supplémentaire.*

## II. PARTIES

### A. Renseignements sur le demandeur

*Fournissez les informations suivantes pour chaque demandeur nommé dans la plainte. Joignez des pages supplémentaires si nécessaire.*

**GUYCHRISTIAN**                                    **AGBOR**

Prénom                          Patronyme               Nom de Famille

231 W 148th Rue  # 5L

Adresse de la Rue

NEW YORK, NEW YORK            NY                    10039

Comté, Ville                        État                Code Postal

917-399-4688                                  cagboresq@gmail.com

Numéro de telephone                      Couriel electronique (si disponible)

4

Si le défendeur est un particulier:

Le défendeur, **DOUGAN CHAMPION ARMANDO** , est citoyen de l'État de

*(Nom du défendeur)*

ou, s'il n'est pas légalement admis pour la résidence permanente aux États-Unis, citoyen ou sujet de l'État étranger de **LA RÉPUBLIQUE DE GUINÉE ÉQUATORIALE**


Si le défendeur est une société:

Le défendeur,

l'Etat de

et a son principal établissement dans l'État de

ou est constituée en vertu des lois de (État étranger) **RÉPUBLIQUE DE GUINÉE ÉQUATORIALE**

et a son siège principal à **MALABO RÉPUBLIQUE DE GUINÉE ÉQUATORIALE**

*Si plusieurs accusés sont nommés dans la plainte, joignez des pages supplémentaires fournissant des informations sur chaque accusé supplémentaire.*


## II. PARTIES

### A. Renseignements sur le demandeur

*Fournissez les informations suivantes pour chaque demandeur nommé dans la plainte. Joignez des pages supplémentaires si nécessaire.*

| **GUYCHRISTIAN** | | **AGBOR** |
|---|---|---|
| Prénom | Patronyme | Nom de Famille |
| 231 W 148ᵗʰ Rue  # 5L | | |
| Adresse de la Rue | | |
| NEW YORK, NEW YORK | NY | 10039 |
| Comté, Ville | État | Code Postal |
| 917-399-4688 | | cagboresq@gmail.com |
| Numéro de telephone | | Couriel electronique (si disponible) |

## B. Informations sur le défendeur

Dans la mesure du possible, indiquez les adresses où chaque accusé peut être purgé. Si les informations correctes ne sont pas fournies, cela pourrait retarder ou empêcher la transmission de la plainte au défendeur. Assurez-vous que les accusés énumérés ci-dessous sont les mêmes que ceux énumérés dans la légende. Joignez des pages supplémentaires si nécessaire.

**Défendeur 1:**

### PRÉSIDENCE DE LA REPUBLIQUE DE GUINEE EQUATORIALE

Prénom                                  nom de famille


*Titre du poste actuel (ou autre information d'identification)*

**800 SECOND AVENUE SUITE 305**

*Adresse professionnelle actuelle (ou autre adresse où le défendeur peut être signifié)*

**New York, New York**              **NY**                  **10017**

Comté, ville                         État                   Code postal


**Défendeur 2:**

### TEODORO OBIANG   NGUEMA MBASOGO

Prénom                                  nom de famille

PRÉSIDENT DE LA RÉPUBLIQUE

*Titre du poste actuel (ou autre information d'identification)*

**800 SECOND AVENUE SUITE 305**

*Adresse professionnelle actuelle (ou autre adresse où le défendeur peut être signifié)*

**New York, New York**              **NY**                  **10017**

Comté, ville                         Etat                   Code postal

6

**Défendeur 3:**

**ARMANDO**          **DOUGAN   CHAMPION**

Prénom                              nom de famille

**MINISTRE CONSEILLER Á LA PRÉSIDENCE DE LA RÉPUBLIQUE**

Titre du poste actuel (ou autre information d'identification)

**800 SECOND AVENUE SUITE 305**

*Adresse professionnelle actuelle (ou autre adresse où le défendeur peut être signifié)*

**New York, New York**          **NY**                    **10017**

Comté, ville                              Etat                          Code postal

**Défendeur 4:**

Prénom                              nom de famille

Titre du poste actuel (ou autre information d'identification)

*Adresse professionnelle actuelle (ou autre adresse où le défendeur peut être signifié)*

Comté, ville                              État                          Code postal

## III. DÉCLARATION DE RÉCLAMATION

Lieu (x) d'occurrence:  NEW YORK, HOUSTON

Date (s) d'occurrence:  3/04/2013; 05/15/2013; 06/26/2013; 09/21/2013

## FAITS:

*Énoncez brièvement les FAITS à l'appui de votre cas. Décrivez ce qui s'est passé, comment vous avez été blessé et ce que chaque accusé a personnellement fait ou omis de faire qui vous a causé du tort. Joignez des pages supplémentaires si nécessaire.*

Le demandeur, Sans représentation a occupé les fonctions de conseiller juridique (recruté sur place en tant que personnel et non en tant que diplomate pour aider aux tâches

7

administratives de mise en conformité avec le Département des États des États-Unis et diverses administrations locales pour l'enregistrement des propriétés, les exonérations fiscales, les contraventions de stationnement, les assurances, etc.) á La Mission Permanente de la Guinée Équatoriale auprès de l'Organisation des Nations Unies à New York et il a également fondé la Chambre de commerce de la Guinée équatoriale et de l'Amérique du Nord (EGNACC) en 2010 afin de promouvoir les activités culturelles et commerciales entre la Guinée équatoriale et le Mexique, les États-Unis et le Canada. Ainsi donc le requérant a été présenté à M. Obiang Nguema Mbasogo et à M. Dougan Champion Armando, vers ou pour la première fois en 2010 au Ritz Carlton Central Park, par M. Anatolio Ndong Mba (représentant permanent et ambassadeur de la Guinée équatoriale auprès de l'ONU à New York), la demandeur a rencontré à plusieurs reprises M. Obiang Nguema Mbasogo et le champion Dougan à plusieurs reprises à New York et à Houston (États-Unis), à Malabo capitale de la République de Guinée équatoriale) à Bata (capitale économique de la Guinée équatoriale) et Mongomo (village natal de M. Obiang Nguema Mbasogo). Par conséquent, le demandeur est devenu un bon ami de M. Dougan Champion Armando, et [le demandeur et Dougan] se sont rendus à leurs  résidences respectives plusieurs fois pendant quatre (4) ans. M. Obiang a demandé au demandeur de convaincre les banques et les compagnies d'assurance Américaines de venir investir en Guinée Équatoriale. Le demandeur a eu des entretiens avec M. Obiang au sujet d'investissements éventuels en Guinée équatoriale par des entreprises canadiennes. C'est dans ce contexte que M. Obiang Nguema Mbasogo lui a demandé d'aider à améliorer la réputation du pays vis-à-vis de la mauvaise presse en matière de droits de l'homme et de corruption, et une discussion sur le concours Miss Universe a été lancée et M. Obiang a apprécié l'idée, car son résultat était unique en l'assurant d'une très grande couverture médiatique que n'importe quelle campagne de relations publiques pendant trois semaines sans interruption par l'ancienne organisation de M. Donald J. Trump.  Vers le 2 juin 2012, M. Obiang Nguema Mbasogo, alors qu'il se trouvait à Houston, au Texas, a personnellement demandé au demandeur de négocier et de convaincre l'organisation Miss Universe d'organiser le défilé Miss Universe 2013 en Guinée Équatoriale, suivi d'une autre réunion avec le plaignant en Septembre 2012 à New York. En échange des services rendus par le demandeur, M. Obiang Nguema a proposé de lui verser une

indemnité de 275 000 dollars des États-Unis lors de la réception d'une lettre d'intention ou d'une lettre d'offre / d'acceptation conditionnelle de la part de Miss Universe Organization. La demandeur a accepté de fournir le service en Mars 2013 après plusieurs négociations avec M. Dougan Champion sur les instructions de M. Obiang. Vers le 11 Mars 2013, le Plaignant a rencontré les représentants (Mlle Paula Stuart, PDG et M. Larry Parra, CFO) de Miss Universe en présence de M. Anatolio Ndong Mba, Ambassadeur à New York représentant M. Obiang, et Après plusieurs réunions à l'hôtel St. Régis de New York et de nombreux suivis, vers le 24 mars 2013, l'organisation Miss Universe a accepté d'organiser le concours Miss Univers 2013 à Malabo, en Guinée Équatoriale, sous réserve de deux conditions préalables: (1) le pays hôte paie la totalité des frais d'un montant de 14 millions de dollars; et (2) le pays hôte dispose de l'infrastructure nécessaire pour accueillir l'événement. Le demandeur a remis au Président Obiang Nguema Mbasogo une lettre d'intention ou une offre / acceptation conditionnelle non contraignante. Mais vers le 15 Mai 2013, le Président Obiang Nguema Mbasogo a demandé des éclaircissements concernant les frais à payer en vertu de l'accord proposé. Conformément à la demande de M. Obiang et aux instructions données par l'intermédiaire de M. Anatolio Ndong Mba, une lettre de clarification a été remise au demandeur par Miss Universe à cet effet.

En mai 2013, la demanderesse a négocié et obtenu une lettre d'invitation adressée à l'organisation Miss Univers, invitant la première dame de la Guinée équatoriale, Mme Constancia Mangue de Obiang, à assister au concours Miss USA 2013 à Las Vegas (Nevada) le 16 juin. 2013; Mme Obiang a accepté et devait y aller lorsqu'elle a demandé au ministre du Tourisme de la Guinée équatoriale de la représenter au concours à Las Vegas. Le 16 juin 2013, la ministre du Tourisme, Mme Guillermina Mekuy, a assisté à la représentation de Miss USA avec sa délégation de Guinée équatoriale. La plaignante a coordonné son arrivée et a rencontré les dirigeants de Miss Univers pendant son séjour aux États-Unis.

Vers le 1er juin 2013, M. Dougan Champion Armondo, conseiller du Président Obiang Nguema Mbasogo, a demandé au demandeur d'acheter des téléphones portables pour son bureau sous la Présidence de la République de Guinée équatoriale de Malabo. Le demandeur a envoyé dix (10) téléphones Galaxy S5 à M. Dougan via DHL le 4 juin 2013

(voir connaissement DHL) à la Présidence de la République de Guinée équatoriale à Malabo. Le 26 juin 2013, le demandeur a remis à M. Dougan Champion Armondo vingt (20) téléphones cellulaires supplémentaires. De plus, M. Dougan Champion Armondo a signé un accord de vente à New York le 26 juin 2013 pour les 30 téléphones cellulaires. Après plusieurs tentatives infructueuses pour recouvrer les paiements en vertu des deux contrats, la demandeur s'est rendue en Guinée Équatoriale le 04 juin 2014 afin de rencontrer les accusés et d'être payé. Le plaignant a été arrêté à la Présidence suite à une demande de rencontre avec le Président pour le paiement de ses deux contrats. M. Dougan Armando Champion aurait alors ordonné à la Sécurité Présidentielle de l'enfermer dans une cellule de son bureau pendant deux jours, sans eau ni nourriture. Avant de me relâcher, l'un des gardes présidentiels a dit au plaignant de ne plus jamais tenter de se rendre en Guinée équatoriale et que si le plaignant tentait de revenir en Guinée Équatoriale, il disparaîtrait à la prison de Black Beach. Puis le demandeur a été transporté à bord d'un véhicule Toyota Land Cruiser de la présidence avec cinq soldats armés directement vers l'aéroport international de Malabo. Le demandeur a été contraint de monter à bord d'un avion KRONOS (une compagnie aérienne appartenant à M. Obiang Nguema Mbasogo) direction Douala Cameroun son pays d'origine. Le demandeur était traumatisé par tout cet incident, mais il voulait toujours croire que M. Obiang n'avait pas donné l'ordre de le maltraiter et de le menacer de cette manière. Le demandeur a donc continué à chercher des moyens d'informer M. Obiang en vain. Les deux contrats sont étroitement liés et constituent des activités purement commerciales exercées par les défendeurs aux États-Unis. Ils ont droit à la Loi sur l'immunité Souveraine des Étrangers (Foreign Sovereign Immunity Act). Le contrat de service oral ne constitue pas une commission de découverte, mais un contrat résiliable à volonté par l'une ou l'autre des parties et pourrait être achevé en un an et l'être en un an.

10

## DOMMAGES:

*Si vous avez été blessé à la suite de ces actes, décrivez vos blessures et indiquez le traitement médical éventuellement requis et que vous avez reçu:*

Traumatisme psychologique et dépression que j'ai subies et dont j'ai continué à souffrir, j'ai utilisé une combinaison de prêts et de cartes de crédit pour acheter les téléphones portables, et j'ai été poursuivi en justice. Des jugements de recouvrement ont été portés contre moi. Je me suis fondé sur les promesses de M. Obiang de me payer car je prévoyais ont payé les prêts suivants, l'incarcération à la présidence à Malabo était très traumatisante, et j'ai été admis à l'hôpital à un moment donné pour dépression et j'ai vu mon médecin qui en avait recommandé des antidépresseurs en vente libre.

## IV LA SOLUTION

Indiquez brièvement les dommages-intérêts ou autres réparations que vous souhaitez que le tribunal ordonne.

(1) $ 50 000,00 (prix des téléphones cellulaires) + $150 000,00 (intérêts contractuels de retard) = $200 000,00

(2) $ 275 000,00 (frais pour mener les négociations de Miss Univers)

(3) Je demande $ 1 100 000,00 à titre de dommages-intérêts pour tous les actes scandaleux que les défendeurs a subis à l'encontre du demandeur à Malabo en 2014 lorsqu'il tentait de récupérer ses fonds depuis 2013.

(4) Total pour les deux contrats: 475 000,00 $

5) Dommages consécutifs: 1 100 000 $

## V. CERTIFICATION ET AVERTISSEMENTS DU REQUERANT

En apposant ma signature ci-dessous, je certifie au meilleur de ma connaissance, de mes informations et de ma conviction que: (1) la plainte n'est pas présentée dans un but inapproprié (comme harceler, causer un retard inutile ou augmenter inutilement le coût d'un procès) ; (2) les revendications sont étayées par le droit en vigueur ou par un argument non frivole de modification du droit en vigueur; (3) les affirmations factuelles sont fondées sur des éléments de preuve ou, si elles sont spécifiquement identifiées de la

11

sorte, auront probablement des éléments de preuve à la suite d'une occasion raisonnable pour une enquête plus poussée ou une découverte; et (4) la plainte est par ailleurs conforme aux exigences de la Règle de procédure civile fédérale 11.

Je m'engage à informer par écrit le bureau du greffier de tout changement d'adresse postale. Je comprends que le fait de ne pas conserver une adresse actuelle au dossier du bureau du greffier peut entraîner le rejet de mon cas.

*Chaque demandeur doit signer et dater la plainte. Joindre des pages supplémentaires si nécessaire. Si le demandeur souhaite procéder sans paiement anticipé d'honoraires, chaque demandeur doit également soumettre une demande d'IFP.*

Date 08/11/2019                                        Signature illisible

**GUYCHRISTIAN**                                          **AGBOR**

Prénom                          Patronyme              Nom de Famille

**231 W 148th Rue  # 5L**

Adresse de la Rue

**NEW YORK, NEW YORK**          **NY**                  **10039**

Comté, Ville                    État                   Code Postal

**917-399-4688**

Numéro de telephone                        Couriel electronique (si disponible)

# CERTIFICATE OF TRANSLATION

I, _Grace Lynch_ , am competent to translate from the English

Language into the French Language, and from the French language to the English

Language as well and certify that the translation of this English document into French is

true and accurate to the best of my knowledge and abilities.

_[signature]_

Signature of Translator

Address of Translator

231 W. 148th St., Apt. 1H, New York, NY 10039

Telephone Number of Translator

917-603-2885

Name of Translator

Grace Lynch